# EXHIBIT 4

**From:** Nathan Secker
**Sent:** Thursday, September 9, 2021 4:06 PM
**To:** Erin McWilliams <emcwilli@epic.com>
**Subject:** RE: Few more questions

Checking in here to see if anything is needed to answer these questions or if I should be asking someone else

Nathan Secker
Implementation Services
*Epic*
nsecker@epic.com

---

**From:** Nathan Secker
**Sent:** Wednesday, September 8, 2021 9:52 AM
**To:** Erin McWilliams <emcwilli@epic.com>
**Subject:** Few more questions

Hey Erin,

I have a few more questions regarding my upcoming termination:

1. Is this considered Epic ending my employment (fired) or me quitting?
2. Which of the following would it be considered "undue burden" for me to supplement the vaccine with, knowing I have positive antibodies and my sincerely-held religious beliefs do not allow for me to be vaccinated:
    a. Testing weekly for Coronavirus
    b. Working from home
    c. Wearing a mask while in public spaces on campus for an indefinite time frame that Epic decides
    d. Testing within 3 days of travel and every 3 days while traveling
    e. Transitioning roles to one that does not travel
3. Which of the options from question 2 have been offered to me, or Epic is willing to allow me to supplement the vaccine with?
4. Does Epic System recognize that I have sincerely-held religious beliefs that do not allow for me to be vaccinated?
5. Judging by the RedBook, I am not guaranteed to get my vacation time paid-out. Can you confirm if mine will be?

> **Resignation/termination of employment**
>
> You may not take time off after giving notice of resignation except as described in "Resignation and Termination

Thanks!

Nathan Secker
Implementation Services
*Epic*
nsecker@epic.com