# EXHIBIT 7

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>443-2021-02137 |
|---|---|---|

**WISCONSIN EQUAL RIGHTS DIVISION** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**MR. NATHAN SECKER** | Home Phone<br>**618-975-0550** | Year of Birth<br>**1996** |
|---|---|---|

Street Address / City, State and ZIP Code
**6676 ALBANY POND, NEW ALBANY, OH 43054**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**EPIC SYSTEMS CORPORATION** | No. Employees, Members<br>**501+** | Phone No.<br>**(608) 271-9000** |
|---|---|---|

Street Address / City, State and ZIP Code
**1979 MILKY WAY, VERONA, WI 53593**

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address / City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **08-27-2021**   Latest: **08-27-2021**
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**I. I began employment with Respondent in August 2019, as a Project Manager. In early August 2021, I submitted a religious exemption request as reasonable accommodation to Respondent's mandatory COVID-19 vaccine. On August 27, 2021, my reasonable accommodation was denied and I was discharged.**

**II. I believe Respondent discriminated against me on the basis of religion (Christian), in violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally signed by Nathan Secker on 10-28-2021 08:57 AM EDT** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |