# Expert Report of Jacqueline L. Gerhart, MD
## for submission in the case of Nathan Secker v. Epic Systems

My name is Jacqueline Gerhart. I am an employee of Epic Systems ("Epic"). I am also employed by the University of Wisconsin-Madison as a medical doctor. My complete educational and professional background, including articles I have authored or co-authored, is described in my attached CVs.

I have not testified as an expert witness in any other court cases. I have testified/shall testify on Epic's behalf as a fact and expert witness in two private arbitrations, where the complainants have alleged that Epic discriminated against them on the basis of religion by failing to excuse them from Epic's COVID-19 vaccination requirement or otherwise accommodating them. I was deposed in December 2024 for those cases. I will be testifying on July 10th and 28th or 29th at the arbitration hearing in those cases.

I also testified before the U.S. House of Representatives Committee on Ways and Means, Subcommittee on Health on June 25, 2025, on the topic of artificial intelligence and digitally empowered health and wellness.

I have not received any additional compensation from Epic for providing this report or serving as a witness.

The facts and opinions I will express in this case are as follows:

At Epic, I work on a database called Cosmos, which has de-identified patient data from across the Epic community which can be used to perform research. I work on Epic Research, which is an internal team that looks at questions within the data to help provide insights to the community. During the pandemic, I was personally involved in providing data to the CDC and state and local health authorities related to COVID-19, such as testing data, hospitalization data, and positivity rate. We did two main studies. The first looked at the effects of the COVID-19 vaccinaitons overall, and the second looked more specifically in terms of children. What we found was that the vaccination provided an additive benefit of protection against COVID-19. I was a co-author of an article on one study, which is attached.

I was also part of a group of Epic employees who discussed a variety of impacts COVID-19 was having on Epic's employees and operations. My role was to provide medical data and information to the group. One issue addressed by the group was whether to implement a vaccine mandate for Epic employees in the fall of 2021. In the context of that issue, I provided my opinion that the vaccine was safe and effective at reducing the spread and severity of COVID-19. I also provided my medical opinion that it would be unsafe for an unvaccinated Epic employee to be allowed entry into a customer facility, to work with healthcare workers and customers' employees, sometimes in close proximity with patients. My opinions were based upon my research, commonly accepted information about the vaccine, articles I have written, the studies I was involved in, and the recommendations of the CDC and local and state health authorities.

_7/10/25_
Date

_Jacqueline L. Gerhart, MD_ (signed)