In the Matter of:

NATHAN SECKER

vs

EPIC SYSTEMS CORPORATION

---

JACQUELINE GERHART, MD

August 12, 2025

---



IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF WISCONSIN

= = = = = = = = = = = = = = = = = = = = = = = = = = = = =

NATHAN SECKER,

       Plaintiff,

  -vs-                                    Case No. 3:24-cv-00630

EPIC SYSTEMS CORPORATION,
a Wisconsin for-profit
corporation,

       Defendant.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = =


30(b)(6) Deposition of:

JACQUELINE GERHART, MD

Madison, Wisconsin
August 12, 2025


Reported by:  Taunia Northouse, RDR, CRR, CRC

Page 2

```
 1                    I N D E X
 2   WITNESS                                 Page(s)
 3   JACQUELINE GERHART, MD
 4            Examination by Mr. Payne           4
 5            E X H I B I T S
 6   No.   Description                      Identified
 7   Exhibit 1   Expert Report of Dr. Gerhart       7
 8   Exhibit 2   Epic Systems Corporation's Proposed  23
                 Findings of Fact in Support
 9               of Motion for Summary Judgment
10   Exhibit 3   Emails re Medical Accomm #5        65
                 EPIC 61027-30
11
     Exhibit 4   Emails re Vaccine Accommodation    71
12               Review (1) EPIC 61507
13   Exhibit 5   Emails re Face shield question     73
                 EPIC 62073-74
14
     Exhibit 6   Emails re Wisconsin DHS Health Alert  76
15               #32:  Increased circulation of
                 non-COVID-19 respiratory viruses
16               among Children and Adults in
                 Wisconsin   EPIC 75800
17
     Exhibit 7   Emails re DHS Health Alert #31      82
18               Adult and Congenital Syphilis
                 Cases are Spiking in Milwaukee
19               EPIC 75781-85
20   Exhibit 8   CNN article:  Fully vaccinated     88
                 people who get a breakthrough
21               infection can transmit the virus,
                 CDC director says
22
                 (Attached to the original transcript
23               and PDFs provided to all counsel)
24   (Original transcript filed with Attorney Payne,
        copies provided to Attorneys Payne, Spitz, Moller,
25      and Bruchs)
```

Page 3

```
 1          DEPOSITION of JACQUELINE GERHART, MD, a
 2   witness of lawful age, taken on behalf of the
 3   Plaintiff, wherein Nathan Secker is Plaintiff, and
 4   Epic Systems Corporation is Defendant, pending in the
 5   United States District Court for the Western District
 6   of Wisconsin, pursuant to notice, before
 7   Taunia Northouse, a Registered Diplomate Reporter and
 8   Notary Public in and for the State of Wisconsin, at
 9   the offices of Michael Best & Friedrich, LLP,
10   Attorneys at Law, One South Pinckney Street,
11   Suite 700, in the City of Madison, County of Dane,
12   and State of Wisconsin, on the 12th day of August
13   2025, commencing at 8:56 in the forenoon.
14
15              A P P E A R A N C E S
16
     SIRI & GLIMSTAD, LLP
17   By:  WILLIAM H. PAYNE, IV, Attorney
          and JACK SPITZ, Attorney, by Zoom
18        and WALKER MOLLER, by Zoom
        8 Campus Drive, Parsippany, New Jersey 07054,
19   appearing on behalf of the Plaintiff.
          wpayne@sirillp.com  862-350-0042
20        jspitz@sirillp.com  212-532-1091
          wmoller@sirillp.com  1-888-747-4529
21
22   MICHAEL BEST & FRIEDRICH, LLP
     By:  AMY O. BRUCHS, Attorney
23     One South Pinckney Street, Suite 700, Madison,
       Wisconsin 53703, appearing on behalf of the
24     Defendant.
          aobruchs@michaelbest.com  608-257-3501
25
```

Page 4

```
 1              JACQUELINE GERHART, MD,
 2        called as a witness, being first duly sworn,
 3        testified on oath as follows:
 4
 5                    EXAMINATION
 6   By Mr. Payne:
 7   Q   Dr. Gerhart, can you please state and spell your
 8       full name for the record.
 9   A   Jacqueline Gerhart, J-A-C-Q-U-E-L-I-N-E,
10       G-E-R-H-A-R-T.
11   Q   And I am Bill Payne.  I'm here on behalf of the
12       plaintiff in this case, Nathan Secker, and I'll be
13       taking your deposition this morning.  And you have
14       sat for some depositions before; right?
15   A   Correct.
16   Q   And how many depositions?
17   A   Two.  Is it two or three?
18              MS. BRUCHS:  I can't answer the
19          question.
20   A   I'll say two for now.  I think I did in
21       December an initial arbitration and then two since
22       then as well.
23   Q   And were those employment law cases?
24   A   Yes.
25   Q   And were you an expert witness in those cases or a
```

Page 5

```
 1   fact witness?
 2   A   Both.
 3   Q   Well, since you've done this before, I will just
 4       go through the ground rules very quickly.  Of
 5       course we're making a written record, so all of
 6       our response -- all of your responses need to be
 7       verbal.  You can't gesture.  You can't say uh-huh,
 8       uh-uh, things like that.  Is that all right?
 9   A   Yes.
10   Q   We will do our best not to step on each other
11       while we're talking.  So if you can wait for me to
12       finish my questions, that would be great because
13       then it will look better on the record.  And I
14       will do the same.  I'll make sure to let you
15       finish talking.
16              Sometimes I will ask a question that is
17       confused and confusing.  If that happens and you
18       don't understand the question, you can just ask me
19       to rephrase it; okay?
20   A   Yes.
21   Q   But if you do answer the question, I'm going to
22       assume that you've understood it; okay?
23   A   Yes.
24   Q   And at any point if you want a break, coffee,
25       water, anything like that, this is not a CIA
```

Page 6

1   interrogation; okay?
2       Now, I don't want to hear about any
3   privileged communications with your attorneys, but
4   can you tell me how long you prepared for today's
5   deposition?
6  A  Approximately four hours.
7  Q  Four hours, okay.  And about how many documents
8     did you look at?
9  A  In just preparing for this, approximately ten.  In
10    my entire experience working with COVID-19
11    vaccines, many more.  I think you're referring to,
12    just to clarify, between when I was asked to do
13    this and now; is that correct?
14 Q  Yes.
15 A  Yes.
16 Q  So about ten documents?
17 A  Correct.
18 Q  And what is your role in this matter?  What is
19    your understanding of your role in this matter?
20 A  I provided medical advice and facts to the
21    COVID-19 task force at Epic.
22 Q  Okay.  And do you know any specific facts related
23    to the plaintiff in this case, Nathan Secker's
24    employment?
25 A  Only that he was in Implementation.  Otherwise,

Page 7

1     no.
2  Q  Did you have any role in reviewing Nathan's
3     individual religious accommodation request?
4  A  No.
5  Q  Did you have any conversations with anyone about
6     Nathan Secker specifically related to his
7     customers or accommodation or anything like that?
8  A  No.
9  Q  Let's look at your report, which I did a mediocre
10    job of stapling.  It has a staple in it.  It's not
11    really stapled.  This will be Exhibit 1 to your
12    deposition.
13            (Exhibit 1 marked for
14             identification)
15 Q  So tell me a little bit about this report.  What
16    did you do to create this report?
17 A  I reviewed what I had done in the time since I was
18    asked to help Epic give them medical facts around
19    COVID-19 and summarize them.
20 Q  It looks like you have two sources in here.  Were
21    there -- and what were those sources?
22 A  The two that I speak about here are two that I
23    helped create on COVID-19 vaccination.  And they
24    were both for the CDC done in MMWR, which is
25    Morbidity Weekly Mortality Report.  And that is

Page 8

1     the peer-reviewed journal of the CDC.
2  Q  And how did you create those reports for the CDC?
3  A  I worked with colleagues at the CDC, and we both
4     used scientists on either side to review data.
5  Q  And you say colleagues.  You worked for the CDC
6     when you reviewed that?
7  A  No.  When I refer to colleagues, I mean
8     professional colleagues, so other doctors, other
9     data scientists, other people that would be privy
10    to vaccine information.
11 Q  And did you contribute data from Cosmos?
12 A  Yes.
13 Q  And tell me a little about how Cosmos works.
14 A  Cosmos is a deidentified dataset across Epic
15    customers.  It is a community collaboration where
16    information, if the organization chooses, about
17    its patients can be shared in a deidentified way
18    to help with research, but eventually also for
19    patient care.
20 Q  So to contribute to these articles, what do you do
21    with Cosmos?
22 A  So I have a direct login access, so I'm able to
23    review the data that are in Cosmos.  And that
24    includes being able to look at data around
25    COVID-19 vaccinations and the results.

Page 9

1  Q  So were there any other sources that you used to
2     create this report?
3  A  Yes.  My fund of knowledge from around this time
4     included CDC website articles.  It included
5     recommendations from local state and public health
6     authorities as I mention in this report, both from
7     the University of Wisconsin as well as from the
8     local and state Public Health Departments, and
9     then any other research that was available to me
10    at the time that I felt applied specifically to
11    the Epic population.
12 Q  And without telling me about any attorney
13    communications, why did you decide not to
14    specifically reference those sources in this
15    report?
16 A  I wanted to give a summary rather than give
17    specifics.  And I believe there's another
18    physician that we asked -- that Epic asked perhaps
19    to also provide testimony.
20 Q  Is that Dr. Salmon?
21 A  I believe so.
22 Q  Is his name pronounced Salmon or Salmon?
23 A  I don't know.
24 Q  And did you read his report?
25 A  Yes.

Page 10

1  Q  Have you had a chance to read Dr. Stoddard's
2     report yet?
3  A  I'm sorry, I don't know the name Dr. Stoddard, but
4     I believe yes.  I'd have to go back and look.  If
5     you have a copy of it, I'd be happy to help.
6  Q  I do.  It's the report that plaintiff filed in
7     this case.  We'll look at it in a moment.
8  A  Okay.
9  Q  But you think you read the --
10 A  If it was what was submitted on the Friday evening
11    of last week, then yes.
12 Q  Okay.  And do you agree that the report that
13    Dr. Salmon did and the report that Dr. Stoddard
14    did is very different than your report?
15 A  Yes.
16 Q  Because I imagine that you are an A student;
17    right?
18 A  Yes.
19 Q  But this is -- do you agree this is a very short
20    expert report?
21 A  Yes.
22 Q  And what influenced your decision to do what is
23    essentially a one-page expert report?
24 A  I felt that it summarized the important facts for
25    the case.

Page 11

1  Q  Okay.  And what do you mean by "the important
2     facts for the case"?
3  A  Well, there were two, as you mentioned, resources
4     that I was aware of because I was authoring them,
5     and then many others that I had of course read.
6     And so my understanding was I was presenting
7     things that I specifically had personal data
8     access for in addition to anything that I
9     otherwise summarized.
10       And the two points I was trying to get across
11    in the report I feel are backed up by multiple
12    different sources, but I wasn't specifically told
13    that those needed to be referenced here.
14 Q  Okay.  That makes sense.  And this is a hard
15    question I think for anyone.  So I'll just say
16    that in advance.  But what do you think your role
17    is as an expert in an employment case like this
18    one?
19       MS. BRUCHS:  Objection to the
20       extent it calls for a legal conclusion or to
21       reveal attorney-client communications.
22       Subject to that objection, if you know,
23       you can answer.
24 A  My understanding is that I'm to provide as a fact
25    witness and as an expert in my verbal testimony.

Page 12

1     And then my understanding of what I was doing here
2     was summarizing what I had previously said.
3  Q  Okay.  And so you participated in some arbitration
4     proceedings; right?
5  A  Correct.
6  Q  And did you give both expert and factual
7     testimony?
8  A  Yes.
9  Q  And what did the expert testimony address?
10 A  It addressed the advice that I had given the
11    COVID-19 task force around things like local
12    COVID-19 rates at the time, information from the
13    CDC, and those other things I said before.  So
14    local, state, national authority opinions.
15 Q  Okay.  And how about the fact witness testimony?
16    What did that include?
17 A  What I knew about how I gave information to Epic
18    at the time and how they were using it.
19 Q  In those arbitration proceedings, did the
20    arbitrator ask you to make a distinction between
21    what was expert testimony and what was fact
22    testimony?
23 A  Not that I recall.
24 Q  Okay.  You just testified all at one time?
25 A  Yes.

Page 13

1  Q  Was there one arbitrator or three arbitrators?
2  A  This goes back to your original question of asking
3     me how many times.  I think I'm less privy to
4     which part was what.  So if you could help define
5     that, it would be great.
6  Q  My question was unclear.  In each arbitration, was
7     there one arbitrator at a time or three
8     arbitrators?
9  A  I'm just going to say who was at the table in case
10    I -- I don't want to get it wrong.
11       In each of the last two it was me, along with
12    Amy, Brett from our side, and then another lawyer
13    from our side.  And then on the opposing counsel
14    sometimes the -- it was one person questioning me,
15    but there was a second person that was there along
16    with him as a second lawyer.
17 Q  Okay.
18 A  Does that answer the question?
19 Q  That does.  That answers the question.
20       And do you know, one way or the other, in
21    those arbitration proceedings, did you need to
22    qualify as an expert?
23 A  No.  My -- can I rephrase?
24 Q  Absolutely.
25 A  Thanks.  When I say no, I think I was determined

Page 14

1   on Epic's side that I was an expert witness.  And
2   then I think the proceedings that were in
3   December were them, from their side questioning me
4   as well.
5   Q   Okay.  So did they question your qualifications as
6       an expert?
7   A   They looked at my CVs and they asked me my
8       background.
9   Q   Okay.  Do you know, one way or the other, if the
10      arbitrator ruled whether you were testifying as an
11      expert?
12  A   I don't know.
13  Q   Well, let's look at your qualifications a little
14      bit.  And the best way to do this -- because you
15      have a long and impressive resume` -- is rather
16      than me ask you about all of it, is to point to
17      things that help answer questions, if they do.
18          First off, let's talk about vaccinology,
19      vaccinology.  Am I saying that correctly?
20  A   Yes.
21  Q   Do you have a background in vaccinology?
22  A   No.
23  Q   So you've not studied it in school, published on
24      it, anything like that?
25  A   I've studied it in school to the extent that

Page 15

1   anyone that goes to medical school and then
2   prescribes medications and vaccines would have
3   studied it.
4   Q   So that's a standard course?
5   A   Yes.
6   Q   Just like they teach criminal law in law school,
7       you get some vaccinology in medical school?
8   A   Yes.
9   Q   But beyond that, you've not pursued that as a
10      specialty?
11  A   Correct.
12  Q   How about epidemiology?
13  A   Same thing.  It's a course that we need to
14      routinely take in medical school and then as part
15      of my primary care residency, then as well.
16  Q   How about virology?
17  A   Same as your first two.  So courses that we take
18      in medical school but not specifically further
19      training.
20  Q   And just to be clear, when you're, for instance,
21      working with the CDC to create the articles that
22      you referenced in your expert report, you're not
23      relying on those medical school courses?  You're
24      relying on data analysis?  What areas of your
25      expertise are you drawing on when you work with

Page 16

1   the CDC to create a report about COVID-19?
2   A   Three main things.  First is my expertise as a
3       family medicine provider, a practicing family
4       medicine provider that provides advice to patients
5       on vaccination.
6           Second is my data analysis of Cosmos reports.
7       And you're correct that that's in working with
8       both data scientists as well as physicians.
9           And then third I have a background as you'll
10      see in here, in the CV, that I also have taught
11      classes at the University of Wisconsin.  And so
12      also as my academic title, but again that's
13      specific to family medicine and not specific to
14      virology.
15  Q   Tell me about family medicine.  What comprises
16      that area of expertise?
17  A   It is care for -- across the population, so
18      anything from delivering babies to taking care of
19      the elderly and all ages, all stages of life.  So
20      it includes anything from trying to assess and
21      help guide patients in different difficult
22      decisions like cancer, et cetera.
23  Q   So if Brett Rehm's kid gets a stick stabbed
24      between his toes --
25          MS. BRUCHS:  Which he talked about

Page 17

1       yesterday.
2   Q   -- what is he talking about?  You can advise in
3       the best way to deal with the child's puncture
4       wound and webbing of his feet?
5   A   Yes.
6   Q   It sounds like that was a good outcome too?
7   A   Yes.
8   Q   That's great.  And you mentioned giving people
9       advice.  Is that an area of expertise?
10  A   I would consider that an area of every practicing
11      family medicine doctor's expertise, yes.  That's
12      our goal when we meet with patients is to try to
13      help them be informed and help them work towards
14      what their goal is in treatment.
15  Q   Okay.  And how about data analysis?  How do you
16      gain expertise in that area?
17  A   Same thing.  So in my undergrad I was a biomedical
18      engineer, so did statistic classes there, and
19      specifically within how to assess biomedical
20      populations.
21          And then again within medical school and
22      residency, as you put it, courses that are ones
23      that I can take that are usually required but not
24      necessarily above and beyond that.
25  Q   And tell me about your teaching.

Page 18

1   A   So previously teaching was part of my appointment
2       at the University of Wisconsin.  It still is, but
3       I don't teach right now.  I taught last probably
4       about two years ago.  And usually the teaching was
5       on things like delivering bad news or obstetric
6       complications or things revolving around primary
7       care.
8   Q   Okay.  When you're teaching like that, is there
9       any kind of requirement that you have published
10      peer-reviewed articles, or do you do independent
11      research, or do you just create curriculum?
12  A   There's not a requirement -- there's three
13      questions.  There's not a requirement that you
14      have peer-reviewed publications.  Yes, we do
15      review the latest literature.  And as part of my
16      job, I am encouraged to do research, but in my
17      specific appointment the options that include
18      education, research, and clinical care.  You have
19      the options of doing more or less of each one.
20  Q   Okay.  Thank you.  That makes sense.
21          Just to make sure I'm not asking a dumb
22      question, is there a difference between data
23      analysis and computational modeling?
24  A   Yes.
25  Q   Are you an expert in computational modeling?

Page 19

1   A   No.
2   Q   And what is that difference, if you know?
3   A   Data analysis revolves around taking information
4       and giving usually rote statistics.  Sometimes it
5       can be more robust, but it's not always modeling.
6       And in computational modeling, that usually
7       revolves around trying to either predict something
8       in the future or modeling what's happened in the
9       past but may not be a static moment in time.
10  Q   Okay.  That makes sense.
11          Do you have any expertise in workplace
12      safety?
13  A   Not more than just my usual medical education.
14  Q   So things like air filtration systems, that's not
15      something that you have done any independent
16      research in?
17  A   No.
18  Q   Based on your expertise, do you have the ability
19      to speak to what alternatives to vaccination are
20      possible and medically acceptable?
21  A   I have the ability to talk about what is possible.
22      In terms of medically acceptable, that's different
23      for each person and each situation.  But yes, I
24      can talk to that.
25  Q   Okay.  And are you an expert in that area, or is

Page 20

1       that something that once again rests upon your
2       medical degree?
3   A   Can you specifically say the area again?
4   Q   So the area would be alternatives to vaccination
5       that are possible.
6   A   Same as all family medicine physicians that are
7       able to discuss benefits and risks.
8   Q   But you haven't done any independent studies on
9       things like natural immunity?
10  A   Correct.
11  Q   And when I say natural immunity, that's having
12      developed antibodies in your system from having
13      contracted a disease; right?
14  A   Only to the effect that I've studied people that
15      have previously been infected and then seen how
16      they respond to vaccinations.
17  Q   Okay.
18  A   So what I mean is they will have antibodies.  And
19      so I wasn't doing research specifically on the
20      antibody numbers.  But the patients that I was
21      researching would have varying levels of
22      antibodies, yes.
23  Q   So what research were you doing?
24  A   Can you roughly frame --
25  Q   You said you were doing research on patients who

Page 21

1       had antibodies --
2   A   Yes.
3   Q   -- to see the effect of those antibodies.  What
4       was the purpose?
5   A   No.  I said I did research on the antibodies to
6       see how people that were previously infected were
7       able to be safe or unsafe from COVID-19.  And the
8       specific study is the one that I referenced in my
9       report, which is from Cosmos which I -- in that
10      case it was specific to hospitalization.  It was
11      looking at people that had previously been
12      vaccinated -- excuse me, that had previously been
13      infected.  And at the time the question was do
14      people that have previously been infected have an
15      additive benefit of having the vaccination?
16  Q   Ahhh.  So was this correctly characterized as a
17      data analysis project?
18  A   Yes.
19  Q   So you were looking at data to include people that
20      were previously infected and then the results on
21      down the line of how many got reinfected?
22  A   Yes, yes.
23  Q   Okay.  That makes sense.  So antibodies probably
24      were involved, but you didn't look at any blood;
25      right?

Page 22

1   A   Yes.
2   Q   Got it.  Can you speak to the topic of PCR testing
3       versus antigen testing?
4   A   To the extent that I know from family medicine and
5       my use in ordering of those tests, yes.
6   Q   How about vaccine safety?  Is that an area where
7       you have any knowledge?
8   A   Yes.  Same.  I know of VAERS, which is where we
9       report vaccine safety for our national government.
10      And then also within the electronic health record
11      where we record vaccine safety events, I'm aware.
12  Q   I appreciate that.  For the record, what does
13      VAERS stand for, if you know?
14  A   Oh, Vaccine -- it's a report.  The R is reporting.
15      The V is vaccine, V-A-E-R-S.  I would have to look
16      it up.
17  Q   Is the word "adverse" in there?
18  A   Yes.  Adverse events, thank you.  Yes, Vaccine
19      Adverse Events Record.
20  Q   As a family medicine practitioner, have you ever
21      made a report to VAERS?
22  A   I have not.
23  Q   So keep your report handy.  Maybe put it off to
24      the side.  But let's look at another exhibit
25      first, which is just -- it's Epic's statement of

Page 23

1       proposed findings of fact.  That's my copy.  This
2       would be Exhibit 2.
3                   (Exhibit 2 marked for
4                    identification)
5   Q   All right.  So I will represent to you that
6       Exhibit 2 to your deposition is Epic Systems
7       Proposed Findings of Fact in Support of its Motion
8       for Summary Judgment.  It happens to be
9       ESC's Document No. 21.
10          Dr. Gerhart, have you ever reviewed this
11      document before?
12  A   Let me just review the whole thing.
13          No.
14  Q   Okay.  Well, I'll tell you that I'm only going to
15      ask you about the sections of it that are
16      pertinent to you and your report.  But I do think
17      it is useful.
18          If you turn to page 3, paragraph 16, it says,
19      "Relying upon guidance by the CDC, other public
20      health authorities and Epic's own medical expert,
21      Dr. Gerhart, Epic decided to institute a vaccine
22      requirement for all of Epic's employees."
23          The first question there:  Do you know what
24      other public health authorities Epic relied on
25      other than the CDC?

Page 24

1   A   Yes.  The -- there's at least three.  So we looked
2       at the websites and consulted with the Dane County
3       public health authorities.  We also did with the
4       State of Wisconsin public health authorities.  And
5       then we also spoke with University of Wisconsin
6       vaccine and infectious disease physicians.
7   Q   And infectious disease physicians?
8   A   Correct.
9   Q   Is that other than Dr. Salmon?
10  A   Yes.
11  Q   Do you remember who else you talked to?
12  A   Nasia Safdar from the University of Wisconsin and
13      then -- N-A-S-I-A, S-A-F-D-A-R.  And then at the
14      State of Wisconsin we worked with their chief
15      medical officer, Jon Meiman.  It's J-O-N,
16      M-E-I-M-A-N.
17  Q   And do you know anything about -- well, let's
18      start with Dr. Safdar.  Do you know anything about
19      their area of expertise?
20  A   Infectious disease.
21  Q   And Dr. Meiman?
22  A   Family medicine.
23  Q   Is family medicine, okay.  And do you remember
24      reviewing any documents created by them, or did
25      you create any documents, or are those just oral

Page 25

1       conversations?
2   A   We reviewed -- we did oral conversations, but then
3       also reviewed documents online, not physical paper
4       copies.
5   Q   Related to -- that these doctors provided?
6   A   Both.  So in the case of the Wisconsin, Jon, they
7       have their own website where they provided data
8       from COVID-19 throughout Wisconsin because we
9       would reference that.
10  Q   Was that publicly available?
11  A   Yes.
12  Q   And how about Dr. Safdar?
13  A   Same.  So publicly available information around
14      the area of Dane County and Madison as it related
15      to her practice and the patients that were being
16      seen at UW.
17  Q   Okay.  And just a question about the way it's
18      worded.  It says, "Relying upon guidance by the
19      CDC, other public health authorities, and Epic's
20      own medical expert."
21          You also relied upon experts by the CDC;
22      right?
23  A   Yes.
24  Q   And other public health authorities?
25  A   Yes.

Page 26

1  Q   Was your guidance ever any different than CDC
2      guidance?
3  A   It's hard to say ever.  Most often -- well, I
4      should say I relied on the CDC guidance for every
5      recommendation that I was preparing, but I also
6      relied on other ones.  So, for example, every once
7      in awhile the local authorities would disagree
8      with the state authorities, for example, but we
9      would try to hold CDC as the source of truth.
10 Q   That's interesting.  What would the local
11     authorities and the state authorities disagree on?
12 A   Sometimes it would be when to reopen business for
13     masking and unmasking, for example, so
14     specifically around if people were safe to go back
15     to work, what kinds of requirements they needed,
16     et cetera.  And that sometimes was the public
17     health authority giving a recommendation and other
18     times.  And you would have to speak with Brett.
19     He would know more about how those impacted
20     whether we stayed open for business and whether
21     people were coming on campus or not.
22 Q   Right.  That makes sense.
23         I remember that from those times, the local
24     guidance would sometimes fall out of step with
25     federal guidance.

Page 27

1  A   Yes.
2  Q   Let's turn the page and look at paragraph 17.  It
3      says here, citing your report, "Epic believes that
4      consistent with the CDC's and other public health
5      authority's guidance and Dr. Gerhart's advice
6      vaccines helped avoid people getting infected with
7      COVID-19 and reduced the spread of the disease
8      overall."
9          How did you advise Epic that vaccines helped
10     reduce the spread of the disease overall?
11 A   How did I advise it?  Can you rephrase?
12 Q   Yes.  On what did you base that opinion?
13 A   That it reduced the spread of the disease overall?
14     CDC guidance at the time and local Dane County
15     data.
16 Q   But did you conduct any independent research?
17 A   No.
18 Q   Similar question in paragraph 18.  It says,
19     "Therefore, because Epic's employees are an
20     integral part of healthcare, Epic determined that
21     the vaccine requirement was necessary to protect
22     Epic's workforce and its healthcare customers'
23     workforces and patients."
24         Did you perform any research related to
25     Epic's healthcare customers' workforce?

Page 28

1  A   No.
2  Q   Not through Cosmos or anything like that?
3  A   I understand workforce here to mean the people
4      that are healthcare workers, and Cosmos data is on
5      patients.
6  Q   Ahhh, good point.  It does say patients here
7      though.  Did you do any research related to
8      customer patients?
9  A   Yes.
10 Q   Were you able to -- I don't know what the right
11     word is -- harvest research results in 2021 that
12     told any kind of a story about what was going on
13     with Epic's clients?
14 A   With Epic's customer patients, yes.
15 Q   And is that what's contained in your studies, or
16     are those other studies?
17 A   It is contained in my study.  But as with any data
18     that you're researching, you don't always publish
19     everything you find.  So yes, the study that you
20     saw is specific to hospitalizations, and
21     specifically in people that had previously been
22     infected.  But the data that are in Cosmos include
23     other data as well.  That just wasn't something we
24     were specifically focused on in our own study
25     because a lot of those studies had been done

Page 29

1      before.
2  Q   Okay.  That makes sense.
3          But, so you couldn't speak to the issue of,
4      for example, the specific impact of whether
5      sending vaccinated or unvaccinated employees to
6      Epic's customers would impact the data?
7  A   Are you referring to whether that would impact the
8      data in Cosmos?
9  Q   I'm referring to whether that's something that you
10     were able to evaluate in 2021.
11 A   I just want to make the distinction that, yes, I
12     believe that both the data from the CDC and the
13     public health authorities were able to help with
14     that question, but that we weren't asking that of
15     Cosmos specifically.
16 Q   Okay.  So the CDC guidance was able to help with
17     that question how?
18 A   Can you restate the question one more time just to
19     be sure I understand it?
20 Q   Right.  I'll try to ask it better.
21         So you said in evaluating the impact of
22     sending vaccinated or unvaccinated Epic employees
23     to customers, the CDC research was able to help
24     inform that question.
25 A   Yes.

Page 30

1  Q  And in what sense did it help inform that
2     question?
3  A  The guidelines that were given by the CDC at the
4     time were using vaccination as part of an overall
5     strategy to try to mitigate risk.  And so when you
6     look at the vaccine -- or excuse me, at the CDC
7     website on the vaccines, at the time they were
8     recommending that everyone that was eligible
9     should be vaccinated.
10 Q  And when you gave advice to Epic, that's what you
11    were looking at; right?
12 A  Yes.
13 Q  You weren't looking at Cosmos data and saying, "I
14    can see what's going on with the customers"?
15 A  No.  I was looking at Cosmos data, but that wasn't
16    the primary thing.  I was following the CDC
17    guidance.
18 Q  Okay, great.  Skipping down still on page 4 to
19    paragraph 21, it says, "Epic also believed that,
20    consistent with the CDC's and other health
21    authorities' guidance and Dr. Gerhart's advice,
22    unvaccinated employees would present a health and
23    safety risk to healthcare providers and their
24    employees and patients if allowed to travel to
25    customer locations, even if masked and regularly

Page 31

1     tested."
2        So once again, that's CDC guidance; right?
3  A  Yes.
4  Q  Did you have any advice independent from CDC's
5     guidance on that topic?
6  A  Let me just read it really quick.  Same answer as
7     before.  I used CDC guidance.  It happened in this
8     case CDC guidance was similar to local and state
9     guidance as well.
10 Q  And as far as Dr. Jackie Gerhart's guidance goes,
11    your guidance was to follow their guidance; right?
12 A  Yes, correct.
13 Q  You did not offer any independent analysis of
14    Cosmos' data or anything like that; right?
15 A  No independent analysis of Cosmos data was
16    relevant to that question.  Specifically we didn't
17    look at -- there isn't masking data, frankly, in
18    Cosmos.
19       But I will say that many other peer-reviewed
20    articles were reviewed at that time, and they went
21    into the decision, when sometimes CDC wouldn't
22    specifically have a clear recommendation.
23 Q  Okay.  Thank you.
24       A question about the way this is worded.  It
25    says, "unvaccinated employees would present a

Page 32

1     health and safety risk to healthcare providers and
2     their employees if allowed to travel to customer
3     locations even if masked and regularly tested."
4        Do vaccinated employees present a health and
5     safety risk if they're not masked and regularly
6     tested?
7  A  We wanted every piece of available protection at
8     the time.  So it's not that they do or don't
9     present risk.  It's that it's a spectrum of risk.
10    So we wanted people masked and vaccinated and
11    using every precaution that they could personally
12    and professionally so that patients and healthcare
13    workers wouldn't be at higher risk of being
14    infected.
15 Q  Okay.  So tell me about the spectrum of risk.
16    That's an interesting concept.  So what I'm
17    picturing in my head is that there's a sliding
18    scale of risk that can be reduced in one direction
19    and increased in the other.
20 A  Yes.
21 Q  So how do you reduce risk?
22 A  You reduce risk by trying to prevent both
23    infection and spread.  So we'll start with
24    infection.  So how people get infected is by the
25    transmission of respiratory droplets.  And so, for

Page 33

1     example, if you use a mask and the respiratory
2     droplets don't go beyond your mask, then the
3     likelihood of that then being transmitted, picked
4     up by someone else, is lower.  Same thing with
5     social distancing.
6        And then from the vaccine perspective, the
7     first studies that came out for the mRNA vaccine
8     were in December of 2020.  And those specifically
9     looked at the vaccine efficacy.  And that's one
10    other thing we looked at to see what's the
11    likelihood that people were able to be -- to
12    decrease their infection risk.
13 Q  Okay.  So this information that you just shared,
14    is this primarily stuff you learned from the CDC?
15 A  For that one in particular, I read the New England
16    Journal article.
17 Q  Okay.  That's the New England Journal of Medicine;
18    right?
19 A  That's correct.
20 Q  And how about testing?  What impact does
21    performing a PCR test or, in the alternative, an
22    antigen test have on -- where does that fall on
23    the spectrum of risk?
24 A  I'm not aware of any studies that look at how
25    testing is compared to vaccines.  My general

Page 34

1    understanding is that if you test and you test
2    negative, there's the possibility, regardless of
3    whether it's a PCR test or an antigen test, that
4    it could be a false negative or a false positive.
5    And so on the spectrum of risk, knowing the
6    current status of someone's positivity or
7    negativity on a test is one more tool on the tool
8    belt, one more helpful thing on the spectrum of
9    risk to make me less concerned that that person is
10   maybe currently infectious.  But because there
11   still is the incubation period, it's possible that
12   when they're tested that they really do have
13   COVID-19 but they haven't tested positive yet.
14 Q  Thank you.  And just to be clear for the record,
15   you said you're not aware of any studies that
16   address that?
17 A  That specifically compare the risk or benefit of
18   testing to that of vaccination.
19 Q  Got it.  And how about quarantining?  I know
20   that's related to testing, but where does
21   quarantining fall on the spectrum of risk?
22 A  It is another element to help reduce risk.
23 Q  And do you know anything about kind of where it
24   falls on the spectrum of risk?
25 A  It completely depends on the individual, the

Page 35

1    environment, how much viral load there is, which
2    virus it is, and so forth.  So I can't put it
3    directly on one area because we were evaluating on
4    a daily basis which things were helpful and most
5    helpful at that specific time for each patient,
6    for each employee for us.
7  Q  Is quarantining -- I mean is it the gold standard
8    of safety as far as stopping transmission?
9  A  I would say yes.  And yes, it's the gold standard
10   to keep you from transmitting something.  But also
11   keeping you from being infected in the first place
12   so that you aren't necessarily infectious is
13   important too.
14 Q  So that's a good point.  Is there a difference
15   between quarantining when you're symptomatic and
16   quarantining when you're asymptomatic?
17 A  There is a difference between quarantining when
18   you already have the virus and also quarantining
19   when you are specifically having symptoms, yes.
20     The reason I say that is I guess it depends
21   on how you define quarantining.  If you're
22   defining it as you are 100 percent in a room no
23   contact, then yes, I would say that's the gold
24   standard.  But I don't think that was realistic
25   for most people that were quarantining since they

Page 36

1    had to get food and do other things as well.
2  Q  Food, yeah.  No.  I am thinking about someone
3    staying home when they're quarantining.  So let's
4    say you just are exposed to COVID.  You know that
5    you were riding in a car with someone who had
6    COVID.
7  A  Yes.
8  Q  And then you quarantine.
9  A  Yes.
10 Q  Is that more or less effective than quarantining
11   when you are symptomatic?
12 A  I think what you're referring to in the first case
13   is asymptomatic; is that correct?
14 Q  Yes.
15 A  Okay.  If you're asymptomatic or symptomatic,
16   quarantining, the goal is to prevent the spread of
17   the actual virus.  So yes, it's the same amount of
18   effectiveness regardless if you're using the same
19   quarantining practices.
20 Q  And just to be clear for the record, because I
21   realized that you wanted to be totally
22   understandable and I have a doctor sitting right
23   here, what does asymptomatic mean?
24 A  Asymptomatic means you are not showing the effects
25   of a viral infection that could include things

Page 37

1    like fever, cough, decreased energy, et cetera.
2  Q  Got it.  Does being vaccinated make you more
3    likely to present as asymptomatic?
4  A  Yes.
5  Q  So is there a concern, for example, in the
6    healthcare environment that someone who's actually
7    carrying COVID, who has an active infection, then
8    presents as asymptomatic when in fact they are
9    bringing the infection into the workplace?
10 A  There is a concern.  One of the ways to mitigate
11   that again, on the spectrum of risk, is we had all
12   our workers vaccinated or unvaccinated be masked.
13 Q  Okay.  And what are the rules around masking, just
14   to be clear?
15 A  My understanding -- I didn't review every
16   hospital's policy -- but at the time we were
17   requiring both healthcare workers and the patients
18   that were in the room to be masked.
19 Q  How about regular testing?  Along with the vaccine
20   mandate, was there also a requirement that
21   vaccinated or unvaccinated people engage in
22   regular testing?
23 A  No.
24 Q  Why not do regular -- for people who are going
25   into the healthcare environment where there are

Page 38

1  patients and so on, why not do regular testing for
2  everyone?
3  A  It wouldn't have been practical because, first
4  off, the people that are probably most exposed are
5  healthcare workers. And, to my knowledge, most
6  hospital policies didn't have their healthcare
7  workers testing on a daily or every-other-day
8  basis. And furthermore at the time, while testing
9  was slightly more readily available, it still
10  would have been a practical issue to go get the
11  test, get it done, get it done every certain
12  number of days, and then wait for the result if it
13  was a PCR test, for example.
14  Q  But a vaccinated person might be less likely to be
15  symptomatic; right?
16  A  Perhaps, yes.
17  Q  So they might get in under the radar? Isn't that
18  a concern?
19  A  It is a concern. I think again on the spectrum of
20  risk, we were calculating vaccine as an added
21  risk -- or as an added mitigator to risk as
22  opposed to not vaccinated. And so when we were
23  looking at a vaccinated person whose masked
24  compared to an unvaccinated person who's masked,
25  we felt that the vaccine added benefit regardless

Page 39

1  of symptomology.
2  Q  Okay. That makes sense. Now, when you're talking
3  about what you were looking at the time, you're
4  talking about you and the rest of the Epic
5  COVID-19 Evaluation Team?
6  A  I was -- all of us were reviewing data, yes, on
7  the team.
8  Q  And does that process relate to your expertise, or
9  is that your personal knowledge gained by
10  participating in the process?
11  A  Can you rephrase the question?
12  Q  So what I'm getting at is you're testifying as an
13  expert and a fact witness?
14  A  Yes.
15  Q  Right?
16  A  Yes.
17  Q  So when you're talking about the practical
18  decision you made at the time, are you basing that
19  upon your expertise as a practitioner of family
20  medicine or as someone who is there who witnessed
21  what was going on in the moment?
22  A  Both.
23  Q  Okay. So where does your expertise come into the
24  practicalities, for example, of being able to test
25  everyone who goes into a healthcare setting?

Page 40

1  A  Because I know healthcare settings from being
2  employed in healthcare settings, and because I
3  knew from speaking to local healthcare authorities
4  and state ones what the availability was at the
5  time of testing.
6  Q  Okay. But are you an expert in healthcare
7  settings?
8  A  I believe your question was how did you know
9  whether or not testing was available in quantities
10  for everyone. Is that correct?
11  Q  That is one question, yes.
12  A  I think what you're getting at is am I an expert
13  in that specific field. I'm not an expert in that
14  specific field. I'm not a healthcare systems
15  operator.
16  Q  And do you have expertise in healthcare settings
17  generally as it relates to the communicability of
18  diseases?
19  A  As much as physicians in general do, yes.
20  Q  Are there people out there who are experts in
21  that?
22  A  In the transmission of viruses in a clinical
23  healthcare setting?
24  Q  Yes.
25  A  Yes. The ones we spoke about earlier that have

Page 41

1  further training in -- so like a virologist,
2  et cetera.
3  Q  And what are the sort of things they study, if you
4  know, to get that expertise?
5  A  Well, I'll answer the study and then the expertise
6  part. What they study is they study the nature of
7  viruses. They study how they transmit. They look
8  at what mitigation strategies are helpful. And
9  they specifically look at how different things
10  like vaccines can help to reduce the risk,
11  specifically via vaccine efficacy.
12      And then in terms of how they also are
13  helpful, I think in the healthcare system setting
14  some virologists practice. Others don't. Some
15  virologists are PhDs and not MDs. So it's a
16  different set of expertise than a medical
17  physician.
18  Q  Okay. And what about inside a healthcare
19  environment? Are there issues related to the --
20  and I'm just going to uncover my great depth of
21  ignorance here -- but issues related to things
22  like the design of the building, the airflow,
23  things like that that affect the likelihood that a
24  disease would be transmitted or the people would
25  be protected?

Page 42

1   A   Yes.  In some of those cases like air flow
2       transmission, for example, I'd probably call an
3       engineer.  I would call other people with
4       different expertise than the virologist.
5   Q   Okay.  And I mean that relates to the topic of
6       something like social distancing; right?
7   A   Yes.
8   Q   Do you have any knowledge of how Epic's clients
9       were managing distancing inside their facilities?
10  A   The guidance at the time was to be six feet apart.
11      And I believe for the most part all of our clients
12      were managing similar to what the CDC guidance
13      was.
14  Q   And how about masking requirements inside customer
15      facilities?  Do you know, were they all requiring
16      masks?  Were some of them requiring masks?
17  A   I think I said before that I didn't know all of
18      the different hospital locations.  But yes, the
19      majority of them were requiring masks, both for
20      their clinicians and healthcare workers as well as
21      for the patients.
22  Q   And in your opinion, expert opinion, would
23      requiring a mask reduce transmission?
24  A   Yes.
25  Q   And how about social distancing?  Would that

Page 43

1       reduce transmission?
2   A   Yes.
3   Q   How about handwashing?
4   A   Yes.
5   Q   That's my favorite.  I don't know why we ever had
6       to talk about handwashing.  People should be
7       washing their hands.
8           All right.  We've been going for about
9       48 minutes and I am at a natural breaking point in
10      my outline.  Would you like a break right now?
11              MS. BRUCHS:  I could use a bio
12          break, so let's go off the record.
13              MR. PAYNE:  Let's do that.
14              (Recess)
15  By Mr. Payne:
16  Q   I wanted to go back and talk about natural
17      immunity a little bit more.  Are you aware of any
18      studies, other than the one that you did, the data
19      analysis study on the extent to which natural
20      immunity reduces the risk of transmission?
21  A   Yes.  I've seen studies to that effect.  I
22      wouldn't say that the CDC guidance provided as
23      much information about that as they did around the
24      total mitigation of risk.
25  Q   Okay.  And is that because just inadequate

Page 44

1       information, do you think, or they just didn't do
2       it?
3               MS. BRUCHS:  Objection.  Calls for
4           speculation as to what's in the mind of the
5           CDC.
6               Subject to that objection, you can
7           answer.
8   A   I don't know what was in the mind of the CDC, but
9       I do think it's more difficult from a research
10      perspective to control for things like masking and
11      washing of hands and so forth.  It's easier, for
12      example, in a medical record when I was studying
13      Cosmos to know if someone's vaccinated or
14      unvaccinated, not whether they washed their hands.
15  Q   Are you aware of any timelines related to natural
16      immunity?  For example, if a person got a COVID
17      infection, whether they would have a degree of
18      immunity over a duration of time?
19  A   Yes.  At the time we were told that most often
20      people would have immunity up to 90 days after,
21      which is why we often would not trust a PCR result
22      during a certain period.  Furthermore, when we
23      were looking in Cosmos, and this data is available
24      on Epicresearch.org, it shows that you are able to
25      have immunity after a certain amount of time.

Page 45

1   Q   Do you know what that amount of time was?
2   A   It was usually between three and four months when
3       it would start to wane.
4   Q   Speaking of waning, my understanding -- my
5       layman's understanding is that the vaccine also
6       has a waning period or it has a duration of
7       effectiveness; is that correct?
8   A   It has a waning period, yes.
9   Q   And what is that waning period?
10  A   Well, the guidance continues to be that people get
11      a booster, and usually the booster is at about the
12      one-year point.  And so that's when at least the
13      CDC decided that the immunity had waned enough
14      that someone would need a booster.
15  Q   And as it waned, where does that fall on the
16      spectrum of risk?  As it wanes, do they become
17      more and more likely to get infected?
18  A   Depends on what's circulating.  So in general,
19      yes.  But if what's circulating around them is
20      something that was a prior variant that they were
21      vaccinated against, their likelihood of getting
22      sick from that might be different than a separate
23      variant, for example.  But in general, yes.
24  Q   And so we've all, having survived the pandemic,
25      knock on wood, run around talking about variants.

Page 46

1    But here you are an actual medical doctor.  What
2    is a variant?
3 A  A variant is when a virus mutates, it often will
4    still stay the same in some ways like the spike
5    protein, for example, might stay the same, but the
6    actual molecular structure of the virus might
7    change.
8 Q  But it's still COVID-19?
9 A  Correct.
10 Q  And do you know like how or why it changes?
11 A  Well, as viruses try to infect hosts, they are
12    trying to look for vulnerable hosts and also
13    trying to essentially double, triple, et cetera.
14    And in order to be able to survive as a virus, you
15    need to continue to find new ways to infect your
16    host.  And so it continues to mutate because
17    that's one of the ways that someone would be able
18    to get infected even if they were otherwise
19    already exposed to a specific virus.
20 Q  And so in the summer of 2021, is that the first
21    time that we saw a mutation from COVID-19, or was
22    there an earlier one?
23 A  It's the first one that was widely spread.
24 Q  And is it fair to state that the end result of
25    that mutation was that all of a sudden the vaccine

Page 47

1    became less effective in stopping the spread?
2 A  Again, depending on the variant.  So if you were
3    infected with a Delta variant, for example, and
4    the vaccine was originally created for the Alpha
5    virus, for example, then the idea would be to
6    create a -- to create some improvement in your
7    risk, but it wouldn't necessarily be as complete.
8 Q  Okay.  That makes sense.
9        So the vaccine that you guys were discussing
10    back in 2021, was that vaccine created for the
11    Alpha variant?
12 A  It was created for the variants that we had at the
13    time it was created.  So Alpha, yes.  There may
14    have been others, but it wasn't Delta.
15 Q  I mean, do you know, one way or the other, whether
16    there were vaccines created for other variants?
17 A  I would have to see Pfizer's specific notes.  But
18    my understanding is when we're creating mRNA
19    vaccines, it's more on the actual mechanism of the
20    vaccine and then what's in circulation at the
21    time.  And since the vaccine paper in New England
22    Journal of Medicine for Pfizer came out in the
23    beginning of December and then the one for Moderna
24    came out in the end of December, I can't say that,
25    you know, the viruses that they were originally

Page 48

1    developed for back in March or April were the same
2    as they were gathering more information throughout
3    the study before they published it in December.
4 Q  Right, okay.  That makes sense.  So is it fair to
5    state that the guidance you were receiving from
6    the CDC and elsewhere was a moving target?
7 A  Yes.
8 Q  I had one more question.  Oh, yeah.  Let's skip
9    all the way ahead to page 10 in the statement of
10    undisputed facts.  If you look at paragraph 47,
11    and this page by the way is talking about Secker's
12    request, the plaintiff's request for an
13    accommodation.  And you testified earlier that you
14    didn't have any personal knowledge of Secker's
15    accommodation; right?
16 A  Correct.
17 Q  But this paragraph 47, it says, "Rehm" --
18    referring to Brett Rehm -- "consulted with
19    leadership in Implementation and others to analyze
20    the project manager role, determined that the need
21    to travel to customer sites was an essential
22    function, and in consultation with Dr. Gerhart,
23    determined that allowing an unvaccinated employee
24    to travel to customer locations to work
25    side-by-side with end users of Epic software" --

Page 49

1    sorry, it's a long sentence -- "sometimes in
2    patient care areas and sometimes in the same room
3    as patients, would pose a health and safety risk
4    to healthcare providers and patients."
5        So just to clarify, first of all, that
6    paragraph he didn't specifically consult with you
7    about Nathan Secker; right?
8 A  Correct.
9 Q  And he didn't consult with you about
10    Nathan Secker's customers specifically?
11 A  No.
12 Q  I believe Mr. Secker's clients included
13    Atrium Health, LCMC in Louisiana, and
14    Houston Medical.  Do you have any knowledge of
15    those healthcare providers?
16 A  No.
17 Q  So did you in fact advise that allowing an
18    unvaccinated employee to travel to customer
19    locations to work on Epic software sometimes in
20    patient areas would pose a health and safety risk?
21 A  Yes.
22 Q  Okay.  And what about Epic employees who went to a
23    healthcare environment but didn't go in patient
24    care areas?  Is that something that you discussed?
25 A  We definitely discussed that, but my advice was

Page 50

1  that for someone who had a traveling role, that it
2  was possible that they -- my understanding of the
3  traveling role, it's possible that they could be
4  put into patient care at any time.
5  Q  So hypothetically they could, if they're going to
6     a hospital, they could encounter a patient?
7  A  Yes.
8  Q  And also hypothetically they could go to a
9     healthcare setting and stay in a conference room
10    or data center and not leave; right?
11 A  I don't know his role specifically, but yes, in
12    general, yes.
13 Q  But you're aware that there were Epic employees
14    who probably did not have contact with patients?
15 A  In general, yes, but I couldn't name one, for
16    example.
17 Q  Okay.  Understood.  I think that's it for the
18    statement of facts.  You can set that aside.
19        Let us look back at your expert report which
20    you should have right there.
21        All right.  You say in your expert report --
22    I believe it's in the penultimate paragraph or the
23    first big long paragraph, "What we found was that
24    the vaccination provided an additive benefit of
25    protection against COVID-19.  I was a coauthor on

Page 51

1  an article on one study, which is attached."
2        And when it says additive benefit, what does
3  that mean?
4  A  That means that in addition to other mitigation
5     strategies, that this would add help for someone
6     to not contract the virus.
7  Q  And you didn't say in addition to other mitigation
8     strategies there; right?
9  A  Correct.
10 Q  But what are those other mitigation strategies
11    just to be clear for the record?
12 A  Social distancing, masking.  You previously
13    mentioned quarantining.  Those are just a few.
14 Q  Handwashing?
15 A  You mentioned that one, yes.
16 Q  Quarantining.  And then does quarantining go in
17    the same category with testing, or is testing
18    really a separate mitigation strategy?
19 A  Neither.  I would put testing in a separate
20    category, depending on how you use testing.
21 Q  Okay.  And that includes PCR and antigen testing;
22    right?
23 A  What includes that?
24 Q  Testing to determine whether you need to
25    quarantine.

Page 52

1  A  Testing specifically for the COVID-19 virus, yes.
2  Q  Absolutely.  Any other mitigation strategies?  In
3     the realm of masking, do we need N-95 masks?  Did
4     you guys look at the rules around masking?
5  A  We looked at the rules around masking.  And early
6     in the pandemic it was assumed that N-95 masks
7     would provide the best protection of all masks
8     that were studied.  As we moved throughout the
9     pandemic, they continued to study whether or not
10    general surgical masks could be helpful, and many
11    of our customer organizations used that further
12    throughout the pandemic.
13 Q  Okay.  Are we missing any mitigation strategies
14    here?
15 A  Not other than what you might consider for a basic
16    virus.  So you already mentioned some of the basic
17    virus ones like handwashing and so forth.  But
18    there's many other things you can do to try to
19    remain healthy.
20 Q  How about contact tracing and tracking?  Is that
21    also a mitigation strategy?
22 A  That helps the individual be informed of the
23    likelihood of getting it.  Mitigation strategy --
24    mostly mitigation strategies are specific things
25    that actually as their own entity are making it

Page 53

1  less likely.  Just the knowledge of contact
2  tracing doesn't.  But if you use that knowledge to
3  then decide where you're going to be going, for
4  example, then maybe.
5  Q  And did you guys do any tracking, contact tracing,
6     anything like that at any point in the pandemic
7     experience?
8  A  We did ask our employees to let us know if they
9     were having certain symptoms.  And then the public
10    health authority that did the tracing was the
11    Dane County Public Health.
12 Q  And so just to be clear, the additive benefit of
13    the vaccine is, to a large degree, personal
14    protection; right?
15 A  To a large degree, yes.  In this particular
16    situation, since people were going to go to be,
17    say, in the ICU with patients that maybe had a
18    bone marrow transplant, I was not only concerned
19    about their individual risk, but I was also
20    concerned about the risk of transmission to
21    healthcare workers and to their patients.
22 Q  And we've talked about the fact that the vaccine
23    may reduce the risk of transmission in conjunction
24    with other mitigating measures.
25 A  Correct.

Page 54

1  Q  All on its own though?  Is it a reliable tool for
2     ending up where you want to end up on the spectrum
3     of risk?
4  A  Yes.  The CDC has repeatedly said that that's
5     true.
6  Q  So if you go into a healthcare setting and all
7     you've got on your side is the vaccine, that's an
8     acceptable place to be in the spectrum of risk?
9             MS. BRUCHS:  Objection.  Incomplete
10            hypothetical.
11            Subject to that objection, you can
12            answer if you can.
13  A  Yeah.  I believe I didn't say that specifically.
14     How I would recharacterize that is, yes, vaccine
15     adds some protection.  Yes, the different
16     mitigation strategies that we discussed add some
17     protection.  Yes, having them both together adds
18     an additive benefit.  I don't think I specifically
19     talked about one versus the other.
20  Q  Okay.  So let's say you were vaccinated for the
21     Alpha variant --
22  A  Yes.
23  Q  -- and you went into a healthcare setting in
24     September of 2021.
25  A  Yes.

Page 55

1  Q  And you were exposed to the Delta variant.  Could
2     you get COVID in that situation?
3  A  Yes.
4  Q  Or conversely, if you were carrying the Delta
5     variant and you were asymptomatic, you could pass
6     it to doctors, nurses, and patients?
7  A  Yes.  Again, to the spectrum of risk.  So I would
8     want that person to be masked as well.
9  Q  So here's a question that I think relates
10     specifically to my client.  If you looked at all
11     what you referred to as the mitigating factors,
12     let's say he did everything, added it all
13     together.  You masked.  You tested.  In
14     anticipation, quarantining.  You washed your
15     hands, did all the mitigating factors.  Would that
16     be equally safe, less safe, more safe than having
17     vaccine alone?  And I realize that was a long
18     question, so if I need to repeat it, I can.
19  A  None of the above.  It completely depends.  So as
20     we were saying before, CDC was changing its
21     guidance often.  And so based on the guidance at
22     the time when we were I believe working with your
23     client, we would have used what they were
24     proposing at that specific time.
25  Q  So what you're saying, I believe, is that in the

Page 56

1     absence of a conclusive statement, you were just
2     reaching for CDC guidance because you had to make
3     some decision?
4  A  In the absence of the direct correlation or
5     comparison between one or two things, yes, we were
6     following CDC guidance.
7  Q  And then also looking back at your expert report,
8     it says, "One issue addressed by the group was
9     whether to implement a vaccine mandate for Epic
10     employees in the fall of 2021.  In the context of
11     that issue I provided my opinion that the vaccine
12     was safe and effective at reducing the spread and
13     severity of COVID-19."
14         Did you also address the waning duration of
15     the vaccine in the realm of the variants at that
16     time?
17  A  Yes, that was part of our research.
18  Q  And what did the -- I'm calling it the COVID-19
19     working group which is comprised of Brett and
20     other leaders; right?
21  A  Yes.
22  Q  What did they conclude about the waning duration
23     of the vaccine and the potential for variants?
24  A  Along with the data that we had at the time and
25     again publicly available data from Dane County and

Page 57

1     Public Health, we were finding that people,
2     regardless of the variant but at that time Delta
3     variant, was prominent in Dane County, that people
4     that were vaccinated were having less likelihood
5     of being infected regardless.
6         So the website specifically said about three
7     times the people that are unvaccinated were
8     getting the virus at the time than the people that
9     were vaccinated.
10  Q  And did you guys conduct any independent research
11     or analysis, or did you personally conduct any
12     research or analysis beyond consulting with CDC to
13     determine that?
14  A  In that particular case, yes, the analysis of
15     local Dane County data.
16  Q  Oh, so you were looking at local Dane County data?
17  A  Correct.
18  Q  And did the team infer from that that that data
19     was probably applicable to the entire country
20     or --
21  A  No.
22  Q  -- just Dane County?
23  A  The data analysis of those specific data was on
24     Dane County.  So yes, we would apply that to
25     Dane County.  I am not aware of whether they

Page 58

1   were -- I do know that Delta variant at the time
2   across most counties was the predominant variant.
3   And I do know that it's still, across most
4   counties, was that it was being spread more
5   prominently in unvaccinated patients than
6   vaccinated patients. But in terms of your
7   specific question and the data analysis we did, we
8   only looked at Dane County.
9   Q   And so back to my question about the mitigating
10      measures. Did any of those studies show what
11      would happen if you had an unvaccinated person who
12      had nonetheless engaged in every other mitigation
13      strategy?
14  A   All of -- again going back to how we did research,
15      we can't always guarantee whether someone's
16      washing their hands or quarantining and so forth.
17      It is not as cut and dried as the medical record,
18      which is why we were doing medical research. So
19      we looked at vaccinated versus unvaccinated, but I
20      can't speak to the personal practices of the
21      people. I didn't have a -- at the time during the
22      Delta variant -- a randomized control trial that
23      put people in handwashing or not handwashing
24      categories, for example.
25  Q   Or all of the above?

Page 59

1   A   Or all of the above.
2   Q   I'll call the person -- I mean that is the issue
3       in this case, someone who did not want the vaccine
4       for religious reasons.
5   A   Correct.
6   Q   So the question is if they did everything they
7       could to stop the transmission of the disease,
8       could they do that and be as safe as someone who
9       was vaccinated? And I think what you're saying is
10      there just wasn't data available to show that?
11  A   I'm saying that the CDC recommended, regardless of
12      all other mitigation strategies, that the vaccine
13      was still the recommendation.
14  Q   And that out of practicality you had to rely on
15      something, so you relied on the CDC?
16  A   They also relied on a lot of other things, but
17      yes.
18  Q   And do you know what the CDC relied on?
19  A   Yes. Peer-reviewed journal articles, local
20      reports of virus and viral spread, multiple --
21      they published their own MMWR, as we mentioned
22      before. So those are reports that they're
23      publishing throughout the entire time this is
24      going on to try to reinform their decision.
25  Q   And did you review any of those articles and

Page 60

1   reports and studies?
2   A   Yes.
3   Q   And did you ever distill your analysis to writing
4       or documentation, or did you just share that
5       orally?
6   A   Shared it orally.
7   Q   How about personally just based upon your opinion
8       as a family practitioner? Do you think that
9       somebody could have -- and I realize this is a
10      hypothetical, but do you think that somebody could
11      have, if they have practiced all the safety, all
12      the mitigation factors, that they could have
13      prevented transmission of COVID-19?
14  A   No. I don't think there's any one thing or even a
15      couple of things that can prevent it. Getting
16      that down to zero I don't think is possible.
17  Q   Well, I'm not saying any one thing. I'm saying if
18      somebody tested, hand washed, masked, and had
19      proof of a recent COVID infection, everything all
20      added together, do you think that person could not
21      keep themselves as safe as someone who had been
22      vaccinated?
23  A   That's a different question. Keeping someone as
24      safe is not the same as preventing transmission.
25      So preventing transmission, I don't -- I do not

Page 61

1   think that you could give me a scenario where
2   there's an individual in front of me that I would
3   say has zero risk of transmitting a virus.
4   Q   But I'm talking about -- and I like that term you
5       used earlier -- the spectrum of risk. I'm talking
6       of someone who did everything except the vaccine,
7       could they put themselves on the spectrum of risk
8       at a place that is acceptable from a safety
9       standpoint?
10  A   Like I said before, at the time the CDC's
11      recommendation was that the acceptable part of the
12      spectrum of risk would be to do as much as
13      possible in addition to vaccination.
14  Q   Right. I understand that you guys were going with
15      the CDC recommendation. But I was asking in your
16      opinion as a practitioner of family medicine, do
17      you think that it's possible that someone could
18      situate themselves on the spectrum of risk in a
19      safe place by being as careful as possible just
20      without the vaccine?
21  A   Safety is a tough term because it revolves around
22      the person's personal risk. So, for example,
23      there were specific callouts for, say, severe
24      heart disease where the risk to get a vaccination
25      might outweigh the benefit of getting it to that

Page 62

1   person's own safety.
2         When it comes to the safety of that person
3   and transmission, I'm taking as a family doc into
4   account all of those pieces when I'm recommending
5   what I think someone should do.
6   Q   Well, that makes sense. So you are taking into
7       account human behavior?
8   A   Yes.
9   Q   All right. Were you aware of any risks associated
10      with getting the vaccine?
11  A   Yes. I just stated one, for example.
12  Q   Oh, I'm sorry.
13  A   If someone has an underlying cardiac anomaly, for
14      example, then they might be at a higher risk. So
15      anytime that you put a treatment to a patient,
16      whether it be a vaccine or otherwise, you're
17      always looking at their underlying comorbidities
18      and whether or not the vaccine will -- or the
19      treatment would be able to be helpful in that
20      individual.
21  Q   Okay. And when you guys were requiring the
22      vaccine, I know you had a medical accommodation
23      process. But did you take into account the risk
24      of receiving the vaccine?
25  A   Can you rephrase it?

Page 63

1   Q   Yeah. I stuck a sentence inside that sentence.
2       When you guys were deciding to implement the
3       vaccine mandate, did you take into account the
4       potential risk to people's health of receiving the
5       vaccine?
6   A   Yes.
7   Q   And what did you conclude?
8   A   There, like you said, was a medical accommodation
9       request. And so we looked at each one
10      individually based on the evidence that was
11      available at the time.
12  Q   So it would be up to the individual employee to
13      know to go to their doctor and request an
14      accommodation?
15  A   Yes.
16  Q   Okay. And in making these decisions, is it fair
17      to say that -- or I'm not going to say these
18      decisions. In mandating the vaccine, was it kind
19      of a one-size-fits-all approach then?
20  A   The goal was to try to get as many people on
21      campus vaccinated as possible.
22  Q   That reminds me of an issue that came up
23      yesterday. At the beginning of the summer of
24      2021, is it accurate to state about 95 percent of
25      all Epic employees were vaccinated?

Page 64

1   A   Yes.
2   Q   And by the fall, it's 97 percent?
3   A   I would have to look at Brett's testimony, but
4       that sounds right.
5   Q   But it's 95 percent or greater?
6   A   Yes.
7   Q   But less than 100?
8   A   Correct.
9   Q   With that many people vaccinated, what was the
10      safety concern?
11  A   Can you rephrase that?
12  Q   Well, so that means you've got 95 percent of
13      people who have the personal protection provided
14      by the vaccine. So why mandate the vaccine if
15      people have already gone out and done it on their
16      own?
17  A   Because we were again on the spectrum of risk
18      trying to give everything that possibly could give
19      protection. So even if it's only 95 percent,
20      that's still not a hundred percent. So we wanted
21      to try to make our employees as safe as possible.
22  Q   So you were going for a hundred percent
23      vaccinated?
24  A   As much as possible within our accommodation
25      requests, yes.

Page 65

1   Q   Okay. Let me take one second to shuffle my
2       papers. All right. This is going to be
3       Exhibit 3.
4             (Exhibit 3 marked for
5               identification)
6   Q   All right. Exhibit 3 to your deposition is
7       Epic_00061027. Take a moment just to review this
8       email exchange and then tell me if it looks
9       familiar and accurate.
10  A   You asked about the email exchange. Do you also
11      mean the other pieces beyond page 1?
12  Q   Yes. There's an attachment that looks to me like
13      a medical accommodation request.
14            MS. BRUCHS: And just to be clear
15        then, it's cut and pasted with some
16        additional emails on the bottom.
17            MR. PAYNE: Yes. Someone has
18        dropped it into the email chain it looks
19        like.
20  A   Got it. Okay. Give me a second to review the
21      complete thing. Okay.
22  Q   So you recognize this document?
23  A   I recognize my parts of the email. I wasn't
24      provided with all of this document.
25  Q   Okay. So it says -- you say here in your email to

Page 66

1    Erin McWilliams and Sam Butler, Jennifer Peterson,
2    Gaby Merkes, "So I think this doctor is saying
3    that the staff member should be allowed on campus
4    without a vaccination but with a mask and social
5    distancing."
6         So that does indicate that you read something
7    from a doctor; right?
8  A  Correct.
9  Q  But you don't think it was this form or --
10 A  No, I didn't say that.  But just if you go, for
11    example, to the very last page, I wasn't privy to
12    the "in an email to Gaby, this employee states."
13 Q  Okay.  I see what you're saying.  So in this
14    situation -- well, first of all, let me ask:  Were
15    you typically involved in evaluating medical
16    accommodation requests?
17 A  In some cases, yes.
18 Q  In some cases you also weren't involved?
19 A  Yes.
20 Q  Do you know what the rationale was for when they
21    decided to include you and when not?
22 A  They included me when there wasn't a clear answer
23    that we had already determined.
24 Q  So what does that mean?  There was a way to
25    respond to these with a clear answer without input

Page 67

1    from a doctor?
2  A  The patient -- or the employee would file their
3    report.  And then if the accommodation request was
4    something that was listed on the CDC website and
5    known to be a possible greater safety risk to get
6    the vaccine than not, there were a list -- again
7    going back to congenital anomalies, for example,
8    that it seemed like CDC guidance was giving pretty
9    clearly.  And so whether they sent it to me or
10    not, it was more of a this is following the rules
11    versus this is a decision you need to make,
12    Jackie.
13 Q  Got it.  What is -- you referred to
14    something called PEG here.  Do you know what that
15    is?
16 A  Yes.  Polyethylene glycol.
17 Q  And why is that relevant to the analysis here?
18 A  Because one of the concerns for having a
19    drug-induced reaction is if there's ingredients in
20    the vaccine that would cause a drug-induced
21    reaction.  And as I was researching this, one of
22    the questions was does PEG, that specific part of
23    the drug, cause an increased drug allergy
24    response.  And there wasn't a conclusion of
25    whether it did or not.

Page 68

1  Q  So you're looking at this and saying where we
2    don't have a definitive answer, maybe we should
3    err on the side of accommodation?
4  A  I'm -- from a medical perspective, if his
5    physician was saying that he's worried about the
6    allergy to PEG specifically, and my answer was I
7    don't have data specifically to PEG, in this
8    patient because it was considered a medical risk
9    by their -- we went to another doctor too.  I
10    think there was an allergist.  I escalated it to
11    be someone that I felt was an expert in that
12    specific risk/benefit analysis, and it seemed to
13    me that that discussion was that he -- he or
14    she -- the doctor, didn't feel that the risk was
15    worth the benefit.
16 Q  That makes sense.  And then you said the risk to
17    other employees if a staff member is masked and
18    socially distanced is small and the risk to him
19    could be greater.  So what are you saying there?
20 A  That's the risk/benefit ratio.  So I'm saying that
21    we had data to tell us that people that would get
22    an allergy, potentially a severe allergy reaction
23    to the vaccine, may have a worse outcome, for
24    example.  They could have anaphylaxis or even
25    death if they have some kind of medical concern

Page 69

1    that would raise that.
2  Q  So I'm trying to understand this balance here.
3    Because I think you testified earlier that things
4    like masking and social distancing, which are
5    somewhat potentially elective on the part of the
6    individual, are not as safe and reliable as the
7    vaccine.  But here you seem to be saying the risk
8    to other employees as the staff members mask and
9    socially distance is small.  Is that small
10    compared to the risk?
11 A  Correct.  So what I'm saying here is, again, on
12    the spectrum of risk, I did testify earlier that
13    everything is additive and the more the better,
14    the more social distancing, the more the ability
15    to wash hands, et cetera, and also plus the
16    vaccine.  Each one of those -- for example, the
17    mitigation strategies don't have a ton of risk.
18    There's not something that's going to potentially
19    threaten your life if you're washing your hands,
20    for example.
21         But in this particular case, it seemed like
22    the opinion from the allergist was that getting
23    the vaccine would cause him harm.  And so weighing
24    that along with the other things that he could do
25    was what is listed here.

Page 70

1  Q  Okay. That makes sense. But in this situation --
2     this is September of 2021, so we're -- this is
3     very close to the vaccine mandate deadline; right?
4  A  I thought that we announced the vaccine mandate
5     before September.
6  Q  No. I meant the actual deadline to get
7     vaccinated. Wasn't that October 1st?
8  A  Oh, before -- you mean before -- I understand,
9     yes, October 1st.
10 Q  And let me ask. In this situation it looks like
11    you're asking about -- you're thinking about risk
12    to the individual person. What about the risk of
13    transmission?
14 A  In this particular situation, I'm considering
15    both. I'm considering the risk primarily because
16    as physicians we first do not harm to to their
17    individual patients. So in this case I would want
18    to make sure that that patient was safe.
19 Q  Were you concerned that masking and socially
20    distancing would be inadequate to protect other
21    Epic employees?
22 A  I think -- and I think the ideal situation would
23    be vaccination plus all the other mitigating
24    strategies that we said. So I don't think it's a
25    black-and-white safe-or-not-safe issue.

Page 71

1  Q  But in this situation you made a judgment call,
2     and it looks like, if you recall, that the
3     accommodation was granted?
4  A  Yes.
5  Q  We can set that one aside.
6        I think this is just a one-pager, Exhibit 4.
7                (Exhibit 4 marked for
8                 identification)
9  Q  So Exhibit 4 is Epic_00061507. Go ahead and look
10    this over and see if it looks familiar and
11    accurate.
12 A  Yes.
13 Q  All right. And this is a situation where I guess
14    it looks like someone's asking for an exemption
15    because of -- it says "underlying IGE restrictions
16    (sic)." Did I read that right?
17 A  Yes.
18 Q  "Allergies that could potentially interact with
19    constituents in a vaccine." What is an IGE
20    reaction?
21 A  That's an immune response.
22 Q  So is this someone who is just complaining of
23    allergies? Is it an autoimmune issue?
24 A  It's hard to say because IGE gets involved in a
25    lot of reactions. And so because it just says

Page 72

1     reactions and allergies, I have no idea of the
2     severity.
3  Q  So it could be severe, but you would need more
4     information?
5  A  Correct.
6  Q  And this individual says, "I would also like to
7     point out that natural immunity has been shown to
8     be more effective than the vaccine."
9        And you disagreed with that here; right?
10 A  Correct.
11 Q  And what was the basis of your disagreement?
12 A  The information on the CDC.
13 Q  And you specifically looked and seen the CDC said
14    natural immunity was not sufficient?
15 A  That's not what this says. It says a suitable
16    alternative. I looked and they didn't consider it
17    a suitable alternative.
18 Q  Okay. At any time have you ever looked at any
19    other studies outside of the CDC guidance on
20    natural immunity? Or I should say back at this
21    time August 30th, 2021, did you look at natural
22    immunity?
23 A  Yes. We looked at multiple sources. Again, the
24    guidance of local and public health authorities,
25    state public health authorities and any evidence

Page 73

1     that was coming out of peer-reviewed literature at
2     the time.
3  Q  So this request for accommodation, do you recall,
4     one way or the other, was it ultimately denied?
5  A  I know that I asked for more information. I think
6     he had said "I requested" -- so this is from Erin.
7     "I requested additional information via the call
8     last week."
9        So I know that I waited for additional
10    information, but I don't see here what the
11    ultimate decision was. I see what I provided as
12    recommendation.
13 Q  Right. But you don't recall, sitting here today,
14    what the ultimate result was?
15 A  I don't recall who this employee is or what the
16    result was, correct.
17 Q  That's no problem.
18       All right. This is a two-pager barely. This
19    will be Exhibit 5.
20               (Exhibit 5 marked for
21                identification)
22 Q  All right. Exhibit 5 here is Epic_00062073. If
23    you could just take a moment to read through this
24    and tell me if it looks familiar and accurate,
25    that would be great.

Page 74

1  A   Yes.
2  Q   And do you recall why you were being asked for
3      advice here?  It looks like it was a face shield
4      question; is that right?
5  A   Yes.
6  Q   And what was your advice on face shields?
7  A   My advice was that they were another mitigation
8      strategy, but the question was is that sufficient
9      as compared to a mask.  And my answer was
10     regarding respiratory droplets and that a mask,
11     since it covers your face and nose and mouth, it's
12     less likely that you will transmit droplets than
13     from a face shield.
14 Q   And that sounds familiar from my recollections
15     back in the day.  So the mask was preferable to
16     the face shield?
17 A   Yes.
18 Q   And it looks like you said right at the top here,
19     "The guidance for unvaccinated people is to wear a
20     mask."  You still agree with that; right?
21 A   Yes.
22 Q   And, "If unable to wear a mask and socially
23     distance, they may likely need to work from home."
24         You still agree with that; right?
25 A   Yes.

Page 75

1  Q   So this is early.  This is June 28th, 2021.  Did
2      Epic ultimately require masks for its employees
3      who visited customer sites?
4  A   Yes.
5  Q   That's all customer sites?
6  A   My recommendation was that it would be all
7      customer sites.  Whether that was implemented, I
8      don't know since I wasn't the decisionmaker for
9      that.
10 Q   But it was your recommendation that everyone
11     should wear a mask all the time?
12 A   You said in patient care areas, and I said "yes."
13 Q   In patient care areas, okay.  But are you saying
14     you don't know, one way or the other, whether Epic
15     mandated that for its, for example, its
16     Implementation staff?
17 A   I would assume that it did everywhere, but I don't
18     know because I didn't talk to every single -- I
19     didn't talk to any of the customers.  I don't know
20     if there was ones that pushed back on it, if we
21     gave approval for that or not.
22 Q   Did you ever hear of a customer pushing back on a
23     mask requirement?
24 A   No.
25 Q   Did you ever have -- I should say did you ever

Page 76

1      participate in any discussions that wearing a mask
2      somehow diminished interpersonal rapport?
3  A   No.
4  Q   Now, these next two exhibits I'll say in advance
5      I'm just curious about.  If they turn out to be
6      totally irrelevant, I apologize.
7              (Exhibit 6 marked for
8               identification)
9  Q   All right.  This was 6; right?  It's
10     Epic_00075800.  Take a moment.  This has got a few
11     pages, so take a moment to look through it and
12     familiarize yourself and tell me whether it looks
13     accurate to you.
14 A   Okay.
15 Q   So first of all, can you just tell me generally
16     what you are discussing with Danessa Sandmann
17     here?
18 A   Yes.  Danessa and I both work on Epic Research,
19     which looks through data from Cosmos to publish
20     findings.  And so I'm looking at a query of Cosmos
21     data to try to figure out whether respiratory
22     illnesses are going up during this period of time.
23 Q   And it looks like the Wisconsin Department of
24     Health has offered some -- is it guidance or is it
25     just a report?

Page 77

1  A   Yeah.  It's a HAN.  So on the very last page,
2      Health Alert Network, both Wisconsin and the CDC
3      use that acronym as a decision-making body that
4      helps to provide guidance.  But particularly it's,
5      as it says in here, "HAN will be the primary
6      method for sharing time sensitive public health
7      information with clinical partners."  So it's
8      useful to physicians.
9  Q   That makes sense.  So the concern here is that as
10     society opens back up, what is happening?
11 A   So the concern is that as society opens back up,
12     that the non-COVID respiratory viruses like RSV
13     are increasing.
14 Q   And so what is the request that you're getting,
15     the Cosmos request that you're getting?
16 A   The request is to see -- this is shown in
17     Wisconsin.  The Cosmos data is both national and
18     maybe at the time global.  And so we wanted to
19     study it on a larger population.
20 Q   And so you had the ability to do that, to go in
21     and pull -- decouple data from all of your
22     customers and see how many, for example, kids were
23     coming in and reporting respiratory illnesses?
24 A   Correct.  And I'll just rephrase.  Decouple, what
25     I would describe it as instead of using the word

Page 78

1    "decouple" is that these are anonymized and
2    de-identified data.  And so I wouldn't know which
3    customer it was from and which location of the
4    country it was from.  This was very much a
5    population health study.
6  Q  And that's a good point.  So you did not have the
7    ability through Cosmos to look at a single
8    customer and determine whether that customer, for
9    example, had seen an increase in COVID infections?
10 A  Correct.
11 Q  And you say here, "Data looks good through the end
12    of May."  What does that mean "data looks good"?
13    Reliable or --
14 A  Yeah.  If you look at the very end that has data
15    in the beginning of June, you see that drop-off.
16    What that usually means is that either the tests
17    reporting hasn't been done or that it hasn't been
18    quoted in the chart.  And so you can't trust a
19    downward trend like that if it's a recency bias.
20 Q  What is recency bias?
21 A  In this case the recency of when people would have
22    been tested is too soon, such that not all the
23    results might be in.
24 Q  Okay.  That makes sense.  And you say, "I suggest
25    kicking off late next week or the following week."

Page 79

1    Kicking off what?
2  A  So I wanted to get more data.  So instead of
3    having that downward trend, I wanted to get more
4    data back from our healthcare organizations so I
5    would see the actual trend there.  Because this is
6    not enough data to determine what is happening
7    during that time period.  And I think I was trying
8    to specifically look at June 2021 to compare it
9    with this Wisconsin report.  And I didn't have
10    enough data yet.
11 Q  Okay.  That makes sense.  And when you get a
12    request like this, this can lead to publications
13    in places like the New England Journal of
14    Medicine?
15 A  It depends.  Most of the time -- so the group that
16    was working on this, me, Danessa, and Kayla, all
17    work on Epic Research.  So almost all of our
18    publications go on Epicresearch.org.
19 Q  So outside of COVID times, is that your primary
20    job function is Epic Research?
21 A  No.
22 Q  What is your primary job function?
23 A  I'm Epic's chief medical officer, so that means a
24    lot of different things.
25 Q  A lot of different things?

Page 80

1  A  I'm happy to go through it if that's helpful.
2  Q  It is helpful.
3  A  Okay.  So as chief medical officer, I run a team
4    of 14 physicians, along with a couple of other
5    physician leaders, and there's three main goals
6    that we have.  The first is to make sure that we
7    are understanding the software that we create at
8    Epic and making sure that it is useful and
9    effective for the people that use it, so
10    physicians primarily.
11        The second is to keep relationships with
12    people; so, for example, during COVID making sure
13    that we were contacting and available for
14    questions that our CMIOs, which is chief medical
15    information officer, might have.
16        And then the third is to work closely with
17    R & D.
18        And that's the traditional role of
19    physicians.  But my role has evolved into a few
20    different things.  One is working with the
21    government and looking at current orders, whether
22    those be acts or bills or things about the HR or
23    otherwise that might affect our customers, and
24    trying to help assure that we're doing the best
25    for our patients and customers.  And then

Page 81

1    secondarily was research.
2        And yes, out of all the physicians, I had the
3    most prominent role in Epic Research.
4  Q  Do you still work with the government?
5  A  Yes.
6  Q  Well, that's good.  I'm wasn't sure they were
7    still working with people.
8        So relationships with chief medical
9    information officers and customers, how did that
10    job duty work?  Did you check in with people on a
11    regular basis?
12 A  Yeah.  Every three to six months.
13 Q  Did you ever have any conversations with customers
14    about how they were dealing with the transmission
15    of COVID inside their facilities?
16 A  Yes.  Some of that included, for example, we have
17    a conference called Users Group Meeting, UGM.  So
18    we were trying to figure whether people were able
19    to travel, whether their local institutions had a
20    travel mandate, for example.
21 Q  Did you ever have any conversations about how to
22    deal with employees who wanted to stay
23    unvaccinated?
24 A  No.
25 Q  Did you have conversations about vaccines

Page 82

1  generally with any chief medical information
2  officers?
3  A  Generally, yes.  We would sometimes discuss the
4  data we had been seeing.  But I was not -- my role
5  did not include advising them on what they should
6  do with their employees.
7  Q  And you didn't get feedback from them on Epic's
8  employees and what Epic was doing?
9  A  No.
10 Q  Did you tell me everything about your role as
11 chief medical officer?
12 A  I think that's sufficient.
13 Q  Okay.  So we'll do one more exhibit and then take
14 another break, and I don't want to overpromise,
15 but we should be fairly close to being done.
16             MS. BRUCHS:  Okay.
17             (Exhibit 7 marked for
18             identification)
19 Q  So this Exhibit No. 7, which is Epic_00075781.
20 It's a multi-page exhibit.  I'll tell you for the
21 sake of review, I'm really just interested in
22 asking you about the top email on the top page,
23 but please review it and see if it looks familiar
24 to you.
25 A  Yes.

Page 83

1  Q  So tell me about the syphilis study.  It looks
2  like the syphilis study never happened?
3  A  Correct.
4  Q  And why -- I guess you had some data on syphilis;
5  right?
6  A  Correct.
7  Q  And what happened to the syphilis study?
8  A  In -- there in the Wisconsin syphilis study?
9  Q  Well, it looks like Danessa, it says, "Maybe we
10 should do this syphilis study."
11 A  Yes.
12 Q  And you didn't do one.
13 A  I think we -- I know we looked at the data, but
14 certain -- the only way to get something published
15 on Epic Research is by having multiple eyes look
16 at it, and Danessa is one of those eyes.  And
17 having learned over time what the criteria are for
18 publishing on Epic Research, such as how timely is
19 it, is it going to affect a large population, is
20 it allowing new medical data into the literature,
21 all of those are sort of how we prioritize what's
22 going to be published.  And in this particular
23 case it's syphilis cases spiking in Milwaukee.
24 And it says it's seven cases.  And using my
25 judgment and what's listed here, I didn't think it

Page 84

1  would get through the review.
2  Q  And you said the issue is that Judy doesn't like
3  it?
4  A  Yeah.  But specifically because it didn't meet
5  those criteria.  So it didn't meet the criteria
6  that it was a large number of people that would be
7  contracting syphilis, for example.
8       At the time obviously with COVID around, we
9  were prioritizing COVID studies because that was
10 affecting a lot more people.
11      So Judy doesn't like it means I can't imagine
12 she would prioritize this over other ones that she
13 believes are more timely, relevant, and adding to
14 the medical literature.
15 Q  Right.  Was the COVID-19 vaccine a priority for
16 Judy?
17 A  The COVID -- research around COVID-19 was
18 absolutely a priority.  But to be clear, it's not
19 just Judy that determines what the priority is.
20 It's -- we get questions from all over.  You can
21 submit -- anyone that visits our website, you can
22 submit an idea.
23      So priority is partially from are we getting
24 the same question from lots of other people, for
25 example.

Page 85

1  Q  Right.  And do you agree that when Epic publishes
2  research results in distinguished journals, it's
3  excellent for Epic's brand and reputation?
4  A  Yes.
5  Q  And did you consider, or do you know if Judy
6  considered publishing information about the
7  vaccine to be essential for Epic's reputation?
8  A  I'm going to break that apart.  She did consider
9  that academic institutions that contributed to
10 Cosmos and them doing peer-reviewed research was
11 what she would like to have our customers do.
12      At the time that we created Epic Research,
13 that was a small in-house research initiative.
14 And we were both trying to study what needed to be
15 given new data that others maybe didn't have the
16 data source for, but also trying to assure that we
17 were getting good information out quickly.  And
18 the typical peer review process usually takes
19 about a year.  And so we saw it as a larger goal
20 for us to do reports on Epic Research instead of
21 submitting to peer-reviewed journals, even though
22 we did do some of that.
23 Q  But asking about Judy's attitude towards the
24 vaccine specifically, is that something that she
25 wanted to appear to be a proponent of?

Page 86

1          MS. BRUCHS:  Objection. Vague.
2     Calls for speculation.
3  Q  You can still answer.
4  A  Yeah.  I don't know.
5  Q  Did you have awareness from Judy or anyone else
6     that it was important to Epic's reputation to be
7     proponents of the vaccine?
8          MS. BRUCHS:  Same objections.
9  A  Yeah.  I don't know.
10 Q  You don't know because you never got that
11    impression?
12 A  No.  Because I don't think I ever directly asked
13    Judy whether she felt like vaccinating or not
14    vaccinating would -- I didn't specifically ask
15    about our company's reputation.
16 Q  That just wasn't -- as a chief medical officer,
17    that wasn't your area of concern?
18 A  A company reputation is different than what I feel
19    is medically necessary.  In this particular case I
20    was giving medical fact, not opinion on
21    reputation.
22 Q  Okay.  But I'm asking apart from this exhibit, you
23    had no opinion on what was good for the company's
24    reputation with respect to, for example, being
25    95 percent vaccinated or a hundred percent

Page 87

1     vaccinated?
2  A  I'll do the first one before the example.  So the
3     95 percent to a hundred percent I didn't have a
4     specific opinion on the reputation based on that
5     specific number.
6          I agreed that as a healthcare company
7     supporting other healthcare companies, that we
8     should try to be as safe as possible when
9     traveling.
10         To the former part of your question, I never
11    specifically talked to Judy about which things
12    were helpful or harmful to the reputation of the
13    company.
14 Q  Okay.  Fair enough.  That's all I have on that
15    exhibit.
16         MR. PAYNE:  We've been going for a
17    little while again.  Let's take a short break
18    and then we'll try to finish up.
19         (Recess)
20 By Mr. Payne:
21 Q  We're back on.  Let's look at Rachel Walensky.
22    You know who Rachel Walensky is; right?
23 A  Rochelle Walensky, yes.
24 Q  Oh, I'm sorry.  That right.  Rochelle is with an
25    E.

Page 88

1          I believe this is a CNN article.  This is how
2     it printed out.  I'll mark this Exhibit 8.
3          (Exhibit 8 marked for
4           identification)
5  Q  All right.  Exhibit 8 is an article I printed out
6     from the CNN website.  It has a picture of
7     Rochelle Walensky looking worried.  And it's not a
8     document I expect you to recognize.  I just
9     included it on the off chance that it refreshes
10    your recollection of the report that the CDC
11    released, I believe, on July 31st, 2021.
12         And as reported here, I believe Ms. Walensky
13    said, "Our vaccines are working exceptionally
14    well.  They continue to work well for Delta, with
15    regard to severe illness and death -- they prevent
16    it.  But what they can't do anymore is prevent
17    transmission."
18         Do you remember when that CDC guidance came
19    out in the summer of 2021?
20         MS. BRUCHS:  Objection to the
21    extent you're referring to it as guidance.
22         Subject to that objection, you can answer.
23 A  Yeah.  I would need to be more specific.  I think
24    you mentioned a study.  Then you mentioned this
25    press release.  Can you repeat the question?

Page 89

1     Which one you're talking about?
2  Q  I'm talking about the study and this press release
3     is just included to see if it reminds you of the
4     study.
5  A  Okay.  I remember the study, yes.  But I don't
6     know if I can recall specific facts from it for
7     you.
8  Q  Do you remember that the study said that although
9     the vaccine still provides personal protection, it
10    does not prevent the transmission of COVID-19?
11         MS. BRUCHS:  Objection.  Presumes
12    facts not in evidence.
13 A  I see it here that it says it can't prevent
14    transmission.  If you'd like, I can explain what I
15    think that means.
16 Q  Yeah.  Absolutely.
17 A  So the word "prevent," I think back to your point
18    earlier about the vaccine being created
19    specifically for the Alpha, maybe other variants
20    but not for Delta, that the goal was to try to
21    prevent transmission and that to a large extent it
22    did.  But I think at the point that she's
23    speaking, I think we were seeing a rise in cases
24    of all types but definitely with Delta.  And the
25    word "prevent" itself, again I take this as like a

Page 90

1   zero percent versus a hundred percent.
2           Preventing the transmission, I don't think
3   there's any one way for any one individual to
4   prevent the transmission. It's again an additive
5   effect for it.
6           So when I read this, what I'd say is, yes, it
7   may be that the vaccines are waning for that
8   specific one, but still the best thing to do is to
9   try to do all the mitigation strategies and the
10  vaccination.
11  Q   And the answer that you just gave there, that is
12      not in your expert report; right?
13  A   In my expert report I specifically say that I
14      think vaccines are helpful for both individual
15      risk and transmission, yes.
16  Q   But you didn't specifically reference -- there
17      were some articles specifically referenced, but
18      the CDC guidance from the middle of summer 2021
19      that discussed transmission related to the Delta
20      variant, that is not referenced in your report;
21      right?
22          MS. BRUCHS: Objection. Misstates
23          facts. Actually purports to state facts that
24          are not in the record specific to your use of
25          the word "guidance."

Page 91

1           MR. PAYNE: Okay.
2   Q   You can still answer.
3   A   Can you rephrase the question?
4           MR. PAYNE: Can you read it back.
5           (Question read)
6   A   Agree that I believe it was a study, not specific
7       guidance. And yes, that was not referenced in my
8       report.
9   Q   Okay. At any time, but certainly during the
10      summer or fall of 2021, did Epic become aware of,
11      or did you become aware of any breakthrough
12      infections?
13  A   Yes.
14  Q   And did you discuss those breakthrough infections
15      with the COVID-19 Response Team?
16  A   Yes.
17  Q   And what strategy did they come up with for
18      addressing, for example, asymptomatic transmission
19      of the disease?
20  A   I want to understand if you're asking this as a
21      separate question or as a follow onto the first
22      question?
23  Q   That's a fair point. I'll ask it as a follow onto
24      the first question.
25  A   Okay. And then restate it one more time.

Page 92

1   Q   Okay.
2           MR. PAYNE: Can you read it back
3       again.
4           (Question read)
5   A   I'm not aware of the strategy they came up with
6       for addressing that.
7   Q   Did they express concern about breakthrough
8       transmissions?
9   A   Yes.
10  Q   And do you know, one way or another, how they
11      proposed to address that problem?
12  A   The concern of breakthrough transmissions is
13      similar to the concern of getting the virus in
14      general. So all the mitigation strategies,
15      continuing with vaccination, and the ones that
16      we've already discussed.
17  Q   And back to the word "guidance." In general, is
18      it your impression that when the CDC provides
19      guidance to the public, that that's based upon
20      studies and research and peer-reviewed articles?
21  A   Yes.
22  Q   So when Rochelle Walensky was speaking to the
23      public, she wasn't just spinning this for CNN; she
24      was basing this on scientific research?
25          MS. BRUCHS: Objection. Calls for

Page 93

1       speculation.
2   A   I'll clarify. I think absolutely she was informed
3       by research at all points throughout this. I
4       don't think what she says in a press release is
5       considered formal guidance.
6           There's very specific ways that formal
7       guidance are listed on the CDC website.
8           With that put aside, yes, I do think that she
9       was speaking from a space of informed data
10      information.
11  Q   So you considered studies that they relied upon to
12      address transmission to be relevant to your
13      analysis; right?
14  A   Yes.
15  Q   All right. Let's talk about the eventual
16      evolution of the vaccine mandate. Am I correct in
17      stating that there is still a vaccine mandate at
18      Epic?
19  A   I don't believe so.
20  Q   That there's no vaccine mandate?
21  A   My understanding is that we had to have a certain
22      vaccination policy at a given time. But I don't
23      know that we're asking people to continue to have
24      boosters.
25  Q   Okay. So if people aren't getting boosted, that

Page 94

1    means you have employees who got the vaccination
2    for the Alpha variant --
3  A  Yes.
4  Q  -- and never got vaccinated again?
5  A  Correct.
6  Q  So is there even a distinction between that person
7    and an unvaccinated person?
8  A  I think you're asking about our vaccine mandate.
9    My understanding about the vaccine mandate was
10   when it came out it was specific to the vaccines
11   that were out at that specific time.  And that's
12   what I based my expert opinion on.
13         I'm not familiar with come February through
14   June.  That's not sort of in this report how
15   further decisions were decided on what to be
16   mandated and what not to be.
17 Q  And back to my earlier question.  Is a person who
18   had the -- we'll call it the Alpha vaccine -- I
19   should try to be precise, science -- vaccinated
20   with the Alpha variant, is that person now more or
21   less unvaccinated?
22 A  No.
23 Q  In what sense are they still vaccinated?
24 A  Well, in virology there's both your antibody
25   response and then there's also how your body

Page 95

1    responds to different variants.  And, for example,
2    the spike protein, which is what the vaccine was
3    created to address, is still on all different
4    variants.  So while I can't quantify it because
5    it's -- every different variant may have some
6    resistance from the vaccine.  There still should
7    be some resistance from the original vaccine.
8  Q  So if I got vaccinated back in 2021, I would still
9    have protection against the Alpha variant or other
10   variants?
11 A  To the extent that the vaccine was created and was
12   able to cover, again with the spike protein, other
13   variants, it also had a similarly coated spike
14   protein.  You might be able to be protected
15   against other variants.
16 Q  So why, if you know, did Epic stop requiring
17   boosters?
18 A  I don't know.
19 Q  You weren't involved in those conversations?
20 A  I gave medical witness that I thought boosters
21   would provide added benefit.  And then what they
22   decided was not part of my decision.  I didn't
23   decide with them.  I gave them medical
24   information.
25 Q  Okay.  Fair enough.  But to your knowledge, they

Page 96

1    did not require boosters; right?
2  A  To my knowledge, they did not require boosters.
3  Q  Do antibody responses vary, do you know, among
4    vaccine recipients?
5  A  Yes.
6  Q  And that's not something that you would have
7    tested employees for; right?
8  A  Correct.
9  Q  Do you participate in one of the major religions?
10 A  Yes.
11 Q  Which religion is that?
12 A  Christianity.
13 Q  Any particular branch?
14 A  My mother is Lutheran and my dad's Catholic, but I
15   would say I generally loosely practice but am not
16   regularly going to church.
17 Q  So would you characterize yourself as a religious
18   person?
19 A  No.
20 Q  Do you have a personal opinion on whether a
21   healthy, religious person should be terminated
22   because they refused to get the vaccine?
23 A  No.
24 Q  No, you have no personal opinion?
25 A  Correct.

Page 97

1  Q  Or they shouldn't be terminated?
2  A  No, I don't have any personal opinion.
3         MR. PAYNE:  I think that is -- let
4    me shuffle my papers for a second before I
5    say anything more.
6         I think that is all I have.  Dr. Gerhart
7    is your witness.
8         MS. BRUCHS:  I have no questions.
9         THE REPORTER:  Would you put your
10   orders on the record, please.
11        MR. PAYNE:  Same as yesterday.
12        MS. BRUCHS:  Me too.
13        MR. PAYNE:  Condensed.
14
15
16   (Adjourning at 11:33 a.m.)
17
18
19
20
21
22
23
24
25

Page 98

1    STATE OF WISCONSIN      )
                             ) ss.
2    COUNTY OF DANE          )
3        I, Taunia Northouse, a Registered Diplomate Reporter
4    and Notary Public duly commissioned and qualified in and
5    for the State of Wisconsin, do hereby certify that
6    pursuant to notice, there came before me on the 12th day
7    of August 2025, at 8:56 in the forenoon, at the offices
8    of Michael Best & Friedrich, LLP, Attorneys at Law,
9    One South Pinckney Street, Suite 700, the City of
10   Madison, County of Dane, and State of Wisconsin, the
11   following named person, to wit:  JACQUELINE GERHART, MD,
12   who was by me duly sworn to testify to the truth and
13   nothing but the truth of her knowledge touching and
14   concerning the matters in controversy in this cause;
15   that she was thereupon carefully examined upon her oath
16   and her examination reduced to typewriting with
17   computer-aided transcription; that the deposition is a
18   true record of the testimony given by the witness; and
19   that reading and signing was waived.
20       I further certify that I am neither attorney
21   or counsel for, nor related to or employed by any of the
22   parties to the action in which this deposition is taken
23   and further that I am not a relative or employee of any
24   attorney or counsel employed by the parties hereto or
25   financially interested in the action.

Page 99

1            In witness whereof I have hereunto set my
2    hand and affixed my notarial seal this 13th day of
3    August 2025.
4
5                    *Taunia Northouse*
                     Registered Diplomate Reporter
6                    Notary Public, State of Wisconsin
7    My commission expires
     March 14, 2027

Page 100

1                            Errata Sheet
2    NAME OF CASE:        NATHAN SECKER vs EPIC SYSTEMS CORPORATION
3    DATE OF DEPOSITION: 08/12/2025
4    NAME OF WITNESS:     JACQUELINE GERHART, MD
5    Reason Codes:  1. To clarify the record.
6                   2. To conform to the facts.
7                   3. To correct transcription errors.
8    Page _____ Line _____ Reason _____
9    From _____ to _____
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
23   From _____ to _____
24                   _____
25                   JACQUELINE GERHART, MD

Page 101

1    STATE OF CALIFORNIA    )
                           )
2
3    COUNTY OF LOS ANGELES ) ss.
4
5            I, JACQUELINE GERHART, MD, hereby certify
6    under penalty of perjury under the laws of the State
7    of
     California that the foregoing is true and correct.
8
9            Executed this _____ day of
10   _____, 2025, at _____,
11   California.
12
13                   _____
14                   JACQUELINE GERHART, MD

**1**

**1** 7:11,13 65:11

**10** 48:9

**100** 35:22 64:7

**11:33** 97:16

**14** 80:4

**16** 23:18

**17** 27:2

**18** 27:18

**1st** 70:7,9

**2**

**2** 23:2,3,6

**2020** 33:8

**2021** 28:11 29:10 46:20 47:10
54:24 56:10 63:24 70:2 72:21
75:1 79:8 88:11,19 90:18 91:10
95:8

**21** 23:9 30:19

**28th** 75:1

**3**

**3** 23:18 65:3,4,6

**30th** 72:21

**31st** 88:11

**4**

**4** 30:18 71:6,7,9

**47** 48:10,17

**48** 43:9

**5**

**5** 73:19,20,22

**6**

**6** 76:7,9

**7**

**7** 82:17,19

**8**

**8** 88:2,3,5

**9**

**90** 44:20

**95** 63:24 64:5,12,19 86:25 87:3

**97** 64:2

**A**

**a.m.** 97:16

**ability** 19:18,21 69:14 77:20
78:7

**absence** 56:1,4

**absolutely** 13:24 52:2 84:18
89:16 93:2

**academic** 16:12 85:9

**acceptable** 19:20,22 54:8 61:8,
11

**access** 8:22 11:8

**accommodation** 7:3,7 48:13,
15 62:22 63:8,14 64:24 65:13
66:16 67:3 68:3 71:3 73:3

**account** 62:4,7,23 63:3

**accurate** 63:24 65:9 71:11 73:24
76:13

**acronym** 77:3

**active** 37:7

**acts** 80:22

**actual** 36:17 46:1,6 47:19 70:6
79:5

**add** 51:5 54:16

**added** 38:20,21,25 55:12 60:20
95:21

**adding** 84:13

**addition** 11:8 51:4,7 61:13

**additional** 65:16 73:7,9

**additive** 21:15 50:24 51:2 53:12
54:18 69:13 90:4

**address** 12:9 34:16 56:14 92:11
93:12 95:3

**addressed** 12:10 56:8

**addressing** 91:18 92:6

**adds** 54:15,17

**adjourning** 97:16

**advance** 11:16 76:4

**adverse** 22:17,18,19

**advice** 6:20 12:10 16:4 17:9 27:5
30:10,21 31:4 49:25 74:3,6,7

**advise** 17:2 27:9,11 49:17

**advising** 82:5

**affect** 41:23 80:23 83:19

**affecting** 84:10

**ages** 16:19

**agree** 10:12,19 74:20,24 85:1
91:6

**agreed** 87:6

**ahead** 48:9 71:9

**Ahhh** 21:16 28:6

**air** 19:14 42:1

**airflow** 41:22

**Alert** 77:2

**allergies** 71:18,23 72:1

**allergist** 68:10 69:22

**allergy** 67:23 68:6,22

**allowed** 30:24 32:2 66:3

**allowing** 48:23 49:17 83:20

**Alpha** 47:4,11,13 54:21 89:19
94:2,18,20 95:9

**alternative** 33:21 72:16,17

**alternatives** 19:19 20:4

**amount** 36:17 44:25 45:1

**Amy** 13:12

**analysis** 15:24 16:6 17:15 18:23
19:3 21:17 31:13,15 43:19 57:11,

12,14,23 58:7 60:3 67:17 68:12
93:13

**analyze** 48:19

**anaphylaxis** 68:24

**announced** 70:4

**anomalies** 67:7

**anomaly** 62:13

**anonymized** 78:1

**answers** 13:19

**antibodies** 20:12,18,22 21:1,3,
5,23

**antibody** 20:20 94:24 96:3

**anticipation** 55:14

**antigen** 22:3 33:22 34:3 51:21

**anymore** 88:16

**anytime** 62:15

**apologize** 76:6

**applicable** 57:19

**applied** 9:10

**apply** 57:24

**appointment** 18:1,17

**approach** 63:19

**approval** 75:21

**approximately** 6:6,9

**April** 48:1

**arbitration** 4:21 12:3,19 13:6,21

**arbitrator** 12:20 13:1,7 14:10

**arbitrators** 13:1,8

**area** 16:16 17:9,10,16 19:25
20:3,4 22:6 24:19 25:14 35:3
86:17

**areas** 15:24 49:2,20,24 75:12,13

**article** 33:16 51:1 88:1,5

**articles** 8:20 9:4 15:21 18:10
31:20 59:19,25 90:17 92:20

**assess** 16:20 17:19

**assume** 5:22 75:17

**assumed** 52:6

**assure** 80:24 85:16

**asymptomatic** 35:16 36:13,15,
23,24 37:3,8 55:5 91:18

**Atrium** 49:13

**attached** 51:1

**attachment** 65:12

**attitude** 85:23

**attorney** 9:12

**attorney-client** 11:21

**attorneys** 6:3

**August** 72:21

**authoring** 11:4

**authorities** 9:6 23:20,24 24:3,4
25:19,24 26:7,8,11 29:13 40:3
72:24,25

**authorities'** 30:21

**authority** 12:14 26:17 53:10

**authority's** 27:5

**autoimmune** 71:23

**availability** 40:4

**avoid** 27:6

**aware** 11:4 22:11 33:24 34:15
43:17 44:15 50:13 57:25 62:9
91:10,11 92:5

**awareness** 86:5

**awhile** 26:7

---

**B**

**babies** 16:18

**back** 10:4 13:2 26:14 43:16
47:10 48:1 50:19 56:7 58:9,14
67:7 72:20 74:15 75:20,22 77:10,
11 79:4 87:21 89:17 91:4 92:2,17
94:17 95:8

**backed** 11:11

**background** 14:8,21 16:9

**bad** 18:5

**balance** 69:2

**barely** 73:18

**base** 27:12

**based** 19:18 55:21 60:7 63:10
87:4 92:19 94:12

**basic** 52:15,16

**basing** 39:18 92:24

**basis** 35:4 38:8 72:11 81:11

**beginning** 47:23 63:23 78:15

**behalf** 4:11

**behavior** 62:7

**believed** 30:19

**believes** 27:3 84:13

**belt** 34:8

**benefit** 21:15 34:17 38:25 50:24
51:2 53:12 54:18 61:25 68:15
95:21

**benefits** 20:7

**bias** 78:19,20

**big** 50:23

**Bill** 4:11

**bills** 80:22

**bio** 43:11

**biomedical** 17:17,19

**bit** 7:15 14:14 43:17

**black-and-white** 70:25

**blood** 21:24

**body** 77:3 94:25

**bone** 53:18

**boosted** 93:25

**booster** 45:11,14

**boosters** 93:24 95:17,20 96:1,2

**bottom** 65:16

**branch** 96:13

**brand** 85:3

**break** 5:24 43:10,12 82:14 85:8
87:17

**breaking** 43:9

**breakthrough** 91:11,14 92:7,12

**Brett** 13:12 16:23 26:18 48:18
56:19

**Brett's** 64:3

**bringing** 37:9

**BRUCHS** 4:18 11:19 16:25 43:11 44:3 54:9 65:14 82:16 86:1,8 88:20 89:11 90:22 92:25 97:8,12

**building** 41:22

**business** 26:12,20

**Butler** 66:1

---

**C**

**calculating** 38:20

**call** 42:2,3 59:2 71:1 73:7 94:18

**called** 4:2 67:14 81:17

**calling** 56:18

**callouts** 61:23

**calls** 11:20 44:3 86:2 92:25

**campus** 26:21 63:21 66:3

**cancer** 16:22

**car** 36:5

**cardiac** 62:13

**care** 8:19 15:15 16:17,18 18:7,18 49:2,24 50:4 75:12,13

**careful** 61:19

**carrying** 37:7 55:4

**case** 4:12 6:23 10:7,25 11:2,17 13:9 21:10 25:6 31:8 36:12 57:14 59:3 69:21 70:17 78:21 83:23 86:19

**cases** 4:23,25 42:1 66:17,18 83:23,24 89:23

**categories** 58:24

**category** 51:17,20

**Catholic** 96:14

**CDC** 7:24 8:1,2,3,5 9:4 12:13 15:21 16:1 23:19,25 25:19,21 26:1,4,9 27:14 29:12,16,23 30:3, 6,16 31:2,7,8,21 33:14 42:12 43:22 44:5,8 45:13 48:6 54:4 55:20 56:2,6 57:12 59:11,15,18 61:15 67:4,8 72:12,13,19 77:2 88:10,18 90:18 92:18 93:7

**CDC's** 27:4 30:20 31:4 61:10

**center** 50:10

**cetera** 16:22 26:16 37:1 41:2 46:13 69:15

**chain** 65:18

**chance** 10:1 88:9

**change** 46:7

**changing** 55:20

**characterize** 96:17

**characterized** 21:16

**chart** 78:18

**check** 81:10

**chief** 24:14 79:23 80:3,14 81:8 82:1,11 86:16

**child's** 17:3

**chooses** 8:16

**Christianity** 96:12

**church** 96:16

**CIA** 5:25

**circulating** 45:18,19

**circulation** 47:20

**citing** 27:3

**clarify** 6:12 49:5 93:2

**classes** 16:11 17:18

**clear** 15:20 31:22 34:14 36:20 37:14 51:11 53:12 65:14 66:22, 25 84:18

**client** 55:10,23

**clients** 28:13 42:8,11 49:12

**clinical** 18:18 40:22 77:7

**clinicians** 42:20

**close** 70:3 82:15

**closely** 80:16

**CMIOS** 80:14

**CNN** 88:1,6 92:23

**coated** 95:13

**coauthor** 50:25

**coffee** 5:24

**collaboration** 8:15

**colleagues** 8:3,5,7,8

**communicability** 40:17

**communications** 6:3 9:13 11:21

**community** 8:15

**comorbidities** 62:17

**companies** 87:7

**company** 86:18 87:6,13

**company's** 86:15,23

**compare** 34:17 79:8

**compared** 33:25 38:24 69:10 74:9

**comparison** 56:5

**complaining** 71:22

**complete** 47:7 65:21

**completely** 34:25 55:19

**complications** 18:6

**comprised** 56:19

**comprises** 16:15

**computational** 18:23,25 19:6

**concept** 32:16

**concern** 37:5,10 38:18,19 64:10 68:25 77:9,11 86:17 92:7,12,13

**concerned** 34:9 53:18,20 70:19

**concerns** 67:18

**conclude** 56:22 63:7

**conclusion** 11:20 67:24

**conclusive** 56:1

**Condensed** 97:13

**conduct** 27:16 57:10,11

**conference** 50:9 81:17

**confused** 5:17

**confusing** 5:17

**congenital** 67:7

**conjunction** 53:23

**considered** 68:8 85:6 93:5,11

**consistent** 27:4 30:20

constituents 71:19

consult 49:6,9

consultation 48:22

consulted 24:2 48:18

consulting 57:12

contact 35:23 50:14 52:20 53:1, 5

contacting 80:13

contained 28:15,17

context 56:10

continue 46:15 88:14 93:23

continued 52:9

continues 45:10 46:16

continuing 92:15

contract 51:6

contracted 20:13

contracting 84:7

contribute 8:11,20

contributed 85:9

control 44:10 58:22

conversations 7:5 25:1,2 81:13,21,25 95:19

conversely 55:4

copies 25:4

copy 10:5 23:1

correct 4:15 6:13,17 12:5 15:11 16:7 20:10 24:8 31:12 33:19 36:13 40:10 45:7 46:9 48:16 49:8 51:9 53:25 57:17 59:5 64:8 66:8 69:11 72:5,10 73:16 77:24 78:10 83:3,6 93:16 94:5 96:8,25

correctly 14:19 21:16

correlation 56:4

Cosmos 8:11,13,14,21,23 16:6 21:9 28:2,4,22 29:8,15 30:13,15 31:15,18 44:13,23 76:19,20 77:15,17 78:7 85:10

Cosmos' 31:14

cough 37:1

counsel 13:13

counties 58:2,4

country 57:19 78:4

County 24:2 25:14 27:14 53:11 56:25 57:3,15,16,22,24,25 58:8

couple 60:15 80:4

courses 15:17,23 17:22

cover 95:12

covers 74:11

COVID 36:4,6 37:7 44:16 55:2 60:19 78:9 79:19 80:12 81:15 84:8,9,17

COVID-19 6:10,21 7:19,23 8:25 12:11,12 16:1 21:7 25:8 27:7 34:13 39:5 46:8,21 50:25 52:1 56:13,18 60:13 84:15,17 89:10 91:15

create 7:16,23 8:2 9:2 15:21 16:1 18:11 24:25 47:6 80:7

created 24:24 47:4,10,12,13,16 85:12 89:18 95:3,11

creating 47:18

criminal 15:6

criteria 83:17 84:5

curious 76:5

current 34:6 80:21

curriculum 18:11

customer 28:8,14 30:25 32:2 42:14 48:21,24 49:18 52:11 75:3, 5,7,22 78:3,8

customers 7:7 8:15 29:6,23 30:14 49:10 75:19 77:22 80:23, 25 81:9,13 85:11

customers' 27:22,25

cut 58:17 65:15

CV 16:10

CVS 14:7

---

# D

dad's 96:14

daily 35:4 38:7

Dane 24:2 25:14 27:14 53:11 56:25 57:3,15,16,22,24,25 58:8

Danessa 76:16,18 79:16 83:9,16

data 8:4,9,11,23,24 11:7 15:24 16:6,8 17:15 18:22 19:3 21:17,19 25:7 27:15 28:4,17,22,23 29:6,8, 12 30:13,15 31:14,15,17 39:6 43:18 44:23 50:10 56:24,25 57:15,16,18,23 58:7 59:10 68:7, 21 76:19,21 77:17,21 78:2,11,12, 14 79:2,4,6,10 82:4 83:4,13,20 85:15,16 93:9

dataset 8:14

day 74:15

days 38:12 44:20

de-identified 78:2

deadline 70:3,6

deal 17:3 81:22

dealing 81:14

death 68:25 88:15

December 4:21 14:3 33:8 47:23, 24 48:3

decide 9:13 53:3 95:23

decided 23:21 45:13 66:21 94:15 95:22

deciding 63:2

decision 10:22 31:21 39:18 56:3 59:24 67:11 73:11 95:22

decision-making 77:3

decisionmaker 75:8

decisions 16:22 63:16,18 94:15

decouple 77:21,24 78:1

decrease 33:12

decreased 37:1

define 13:4 35:21

defining 35:22

definitive 68:2

degree 20:2 44:17 53:13,15

deidentified 8:14,17

delivering 16:18 18:5

Delta 47:3,14 55:1,4 57:2 58:1, 22 88:14 89:20,24 90:19

denied 73:4

**Department** 76:23

**Departments** 9:8

**depending** 47:2 51:20

**depends** 34:25 35:20 45:18 55:19 79:15

**deposition** 4:13 6:5 7:12 23:6 65:6

**depositions** 4:14,16

**depth** 41:20

**describe** 77:25

**design** 41:22

**determine** 51:24 57:13 78:8 79:6

**determined** 13:25 27:20 48:20, 23 66:23

**determines** 84:19

**developed** 20:12 48:1

**difference** 18:22 19:2 35:14,17

**difficult** 16:21 44:9

**diminished** 76:2

**direct** 8:22 56:4

**direction** 32:18

**directly** 35:3 86:12

**disagree** 26:7,11

**disagreed** 72:9

**disagreement** 72:11

**discuss** 20:7 82:3 91:14

**discussed** 49:24,25 54:16 90:19 92:16

**discussing** 47:9 76:16

**discussion** 68:13

**discussions** 76:1

**disease** 20:13 24:6,7,20 27:7, 10,13 41:24 59:7 61:24 91:19

**diseases** 40:18

**distance** 69:9 74:23

**distanced** 68:18

**distancing** 33:5 42:6,9,25 51:12 66:5 69:4,14 70:20

**distill** 60:3

**distinction** 12:20 29:11 94:6

**distinguished** 85:2

**doc** 62:3

**doctor** 36:22 46:1 63:13 66:2,7 67:1 68:9,14

**doctor's** 17:11

**doctors** 8:8 25:5 55:6

**document** 23:9,11 65:22,24 88:8

**documentation** 60:4

**documents** 6:7,16 24:24,25 25:3

**double** 46:13

**downward** 78:19 79:3

**drawing** 15:25

**dried** 58:17

**drop-off** 78:15

**droplets** 32:25 33:2 74:10,12

**dropped** 65:18

**drug** 67:23

**drug-induced** 67:19,20

**duly** 4:2

**dumb** 18:21

**duration** 44:18 45:6 56:14,22

**duty** 81:10

**E**

**earlier** 40:25 46:22 48:13 61:5 69:3,12 89:18 94:17

**early** 52:5 75:1

**easier** 44:11

**education** 18:18 19:13

**effect** 20:14 21:3 43:21 90:5

**effective** 36:10 47:1 56:12 72:8 80:9

**effectiveness** 36:18 45:7

**effects** 36:24

**efficacy** 33:9 41:11

**elderly** 16:19

**elective** 69:5

**electronic** 22:10

**element** 34:22

**eligible** 30:8

**email** 65:8,10,18,23,25 66:12 82:22

**emails** 65:16

**employed** 40:2

**employee** 35:6 48:23 49:18 63:12 66:12 67:2 73:15

**employees** 23:22 27:19 29:5,22 30:22,24 31:25 32:2,4 49:22 50:13 53:8 56:10 63:25 64:21 68:17 69:8 70:21 75:2 81:22 82:6,8 94:1 96:7

**employment** 4:23 6:24 11:17

**encounter** 50:6

**encouraged** 18:16

**end** 46:24 47:24 48:25 54:2 78:11,14

**ending** 54:2

**energy** 37:1

**engage** 37:21

**engaged** 58:12

**engineer** 17:18 42:3

**England** 33:15,17 47:21 79:13

**entire** 6:10 57:19 59:23

**entity** 52:25

**environment** 35:1 37:6,25 41:19 49:23

**Epic** 6:21 7:18 8:14 9:11,18 12:17 23:6,21,24 27:3,9,20 29:22 30:10,19 39:4 48:25 49:19,22 50:13 56:9 63:25 70:21 75:2,14 76:18 79:17,20 80:8 81:3 82:8 83:15,18 85:1,12,20 91:10 93:18 95:16

**Epic's** 14:1 22:25 23:20,22 25:19 27:19,22,25 28:13,14 29:6 42:8 79:23 82:7 85:3,7 86:6

**Epic_00061027** 65:7

**Epic_00061507** 71:9

**Epic_00062073** 73:22

**Epic_00075781** 82:19

**Epic_00075800** 76:10

**Epicresearch.org** 44:24

**Epicresearch.org.** 79:18

**epidemiology** 15:12

**equally** 55:16

**Erin** 66:1 73:6

**err** 68:3

**ESC's** 23:9

**escalated** 68:10

**essential** 48:21 85:7

**essentially** 10:23 46:13

**evaluate** 29:10

**evaluating** 29:21 35:3 66:15

**Evaluation** 39:5

**evening** 10:10

**events** 22:11,18,19

**eventual** 93:15

**eventually** 8:18

**every-other-day** 38:7

**evidence** 63:10 72:25 89:12

**evolution** 93:16

**evolved** 80:19

**EXAMINATION** 4:5

**excellent** 85:3

**exceptionally** 88:13

**exchange** 65:8,10

**excuse** 21:12 30:6

**exemption** 71:14

**exhibit** 7:11,13 22:24 23:2,3,6
65:3,4,6 71:6,7,9 73:19,20,22
76:7 82:13,17,19,20 86:22 87:15
88:2,3,5

**exhibits** 76:4

**expect** 88:8

**experience** 6:10 53:7

**expert** 4:25 10:20,23 11:17,25
12:6,9,21 13:22 14:1,6,11 15:22
18:25 19:25 23:20 25:20 39:13
40:6,12,13 42:22 50:19,21 56:7
68:11 90:12,13 94:12

**expertise** 15:25 16:2,16 17:9,
11,16 19:11,18 24:19 39:8,19,23
40:16 41:4,5,16 42:4

**experts** 25:21 40:20

**explain** 89:14

**exposed** 36:4 38:4 46:19 55:1

**express** 92:7

**extent** 11:20 14:25 22:4 43:19
88:21 89:21 95:11

**eyes** 83:15,16

### F

**face** 74:3,6,11,13,16

**facilities** 42:9,15 81:15

**fact** 5:1 11:24 12:15,21 23:1,7
37:8 39:13 49:17 53:22 86:20

**factors** 55:11,15 60:12

**facts** 6:20,22 7:18 10:24 11:2
48:10 50:18 89:6,12 90:23

**factual** 12:6

**fair** 46:24 48:4 63:16 87:14 91:23
95:25

**fairly** 82:15

**fall** 26:24 33:22 34:21 45:15
56:10 64:2 91:10

**falls** 34:24

**false** 34:4

**familiar** 65:9 71:10 73:24 74:14
82:23 94:13

**familiarize** 76:12

**family** 16:3,13,15 17:11 20:6
22:4,20 24:22,23 39:19 60:8
61:16 62:3

**favorite** 43:5

**February** 94:13

**federal** 26:25

**feedback** 82:7

**feel** 11:11 68:14 86:18

**feet** 17:4 42:10

**felt** 9:10 10:24 38:25 68:11 86:13

**fever** 37:1

**field** 40:13,14

**figure** 76:21 81:18

**file** 67:2

**filed** 10:6

**filtration** 19:14

**find** 28:19 46:15

**finding** 57:1

**findings** 23:1,7 76:20

**finish** 5:12,15 87:18

**flow** 42:1

**focused** 28:24

**follow** 31:11 91:21,23

**food** 36:1,2

**force** 6:21 12:11

**form** 66:9

**formal** 93:5,6

**found** 50:23

**frame** 20:24

**frankly** 31:17

**Friday** 10:10

**front** 61:2

**full** 4:8

**function** 48:22 79:20,22

**fund** 9:3

**future** 19:8

### G

**G-E-R-H-A-R-T** 4:10

**Gaby** 66:2,12

**gain** 17:16

**gained** 39:9

**gathering** 48:2

**gave** 12:17 30:10 75:21 90:11 95:20,23

**general** 33:25 40:19 45:18,23 50:12,15 52:10 92:14,17

**generally** 40:17 76:15 82:1,3 96:15

**Gerhart** 4:1,7,9 23:10,21 48:22 97:6

**Gerhart's** 27:5 30:21 31:10

**gesture** 5:7

**give** 7:18 9:16 12:6 61:1 64:18 65:20

**giving** 17:8 19:4 26:17 67:8 86:20

**global** 77:18

**glycol** 67:16

**goal** 17:12,14 36:16 63:20 85:19 89:20

**goals** 80:5

**gold** 35:7,9,23

**good** 17:6 28:6 35:14 78:6,11,12 81:6 85:17 86:23

**government** 22:9 80:21 81:4

**granted** 71:3

**great** 5:12 13:5 17:8 30:18 41:20 73:25

**greater** 64:5 67:5 68:19

**ground** 5:4

**group** 56:8,19 79:15 81:17

**guarantee** 58:15

**guess** 35:20 71:13 83:4

**guidance** 23:19 25:18 26:1,2,4, 24,25 27:5,14 29:16 30:17,21 31:2,5,7,8,9,10,11 42:10,12 43:22 45:10 48:5 55:21 56:2,6 67:8 72:19,24 74:19 76:24 77:4 88:18,21 90:18,25 91:7 92:17,19 93:5,7

**guide** 16:21

**guidelines** 30:3

**guys** 47:9 52:4 53:5 57:10 61:14 62:21 63:2

---

### H

**HAN** 77:1,5

**hand** 60:18

**hands** 43:7 44:11,14 55:15 58:16 69:15,19

**handwashing** 43:3,6 51:14 52:17 58:23

**handy** 22:23

**happen** 58:11

**happened** 19:8 31:7 83:2,7

**happening** 77:10 79:6

**happy** 10:5 80:1

**hard** 11:14 26:3 71:24

**harm** 69:23 70:16

**harmful** 87:12

**harvest** 28:11

**head** 32:17

**health** 9:5,8 22:10 23:20,24 24:3,4 25:19,24 26:17 27:4 29:13 30:20,22 32:1,4 49:3,13,20 53:10,11 57:1 63:4 72:24,25 76:24 77:2,6 78:5

**healthcare** 27:20,22,25 28:4 30:23 32:1,12 37:6,17,25 38:5,6 39:25 40:1,2,3,6,14,16,23 41:13, 18 42:20 49:4,15,23 50:9 53:21 54:6,23 79:4 87:6,7

**healthy** 52:19 96:21

**hear** 6:2 75:22

**heart** 61:24

**helped** 7:23 27:6,9

**helpful** 34:8 35:4,5 41:8,13 52:10 62:19 80:1,2 87:12 90:14

**helps** 52:22 77:4

**higher** 32:13 62:14

**hold** 26:9

**home** 36:3 74:23

**hospital** 38:6 42:18 50:6

**hospital's** 37:16

**hospitalization** 21:10

**hospitalizations** 28:20

**host** 46:16

**hosts** 46:11,12

**hours** 6:6,7

**Houston** 49:14

**HR** 80:22

**human** 62:7

**hundred** 64:20,22 86:25 87:3 90:1

**hypothetical** 54:10 60:10

**hypothetically** 50:5,8

---

### I

**ICU** 53:17

**idea** 47:5 72:1 84:22

**ideal** 70:22

**identification** 7:14 23:4 65:5 71:8 73:21 76:8 82:18 88:4

**IGE** 71:15,19,24

**ignorance** 41:21

**illness** 88:15

**illnesses** 76:22 77:23

**imagine** 10:16 84:11

**immune** 71:21

**immunity** 20:9,11 43:17,20 44:16,18,20,25 45:13 72:7,14,20, 22

**impact** 29:4,6,7,21 33:20

**impacted** 26:19

**implement** 56:9 63:2

**Implementation** 6:25 48:19 75:16

**implemented** 75:7

**important** 10:24 11:1 35:13 86:6

**impression** 86:11 92:18

**impressive** 14:15

**improvement** 47:6

**in-house** 85:13

**inadequate** 43:25 70:20

**include** 12:16 18:17 21:19 28:22 36:25 66:21 82:5

**included** 9:4 49:12 66:22 81:16 88:9 89:3

**includes** 8:24 16:20 51:21,23

**Incomplete** 54:9

**increase** 78:9

**increased** 32:19 67:23

**increasing** 77:13

**incubation** 34:11

**independent** 18:10 19:15 20:8 27:16 31:4,13,15 57:10

**individual** 7:3 34:25 52:22 53:19 61:2 62:20 63:12 69:6 70:12,17 72:6 90:3,14

**individually** 63:10

**infect** 46:11,15

**infected** 20:15 21:6,13,14,20 27:6 28:22 32:14,24 35:11 45:17 46:18 47:3 57:5

**infection** 32:23,24 33:12 36:25 37:7,9 44:17 60:19

**infections** 78:9 91:12,14

**infectious** 24:6,7,20 34:10 35:12

**infer** 57:18

**influenced** 10:22

**inform** 29:24 30:1

**information** 8:10,16 12:12,17 19:3 25:13 33:13 43:23 44:1 48:2 72:4,12 73:5,7,10 77:7 80:15 81:9 82:1 85:6,17 93:10 95:24

**informed** 17:13 52:22 93:2,9

**ingredients** 67:19

**initial** 4:21

**initiative** 85:13

**input** 66:25

**inside** 41:18 42:9,14 63:1 81:15

**instance** 15:20

**institute** 23:21

**institutions** 81:19 85:9

**integral** 27:20

**interact** 71:18

**interested** 82:21

**interesting** 26:10 32:16

**interpersonal** 76:2

**interrogation** 6:1

**involved** 21:24 66:15,18 71:24 95:19

**irrelevant** 76:6

**issue** 29:3 38:10 56:8,11 59:2 63:22 70:25 71:23 84:2

**issues** 41:19,21

---

**J**

**J-A-C-Q-U-E-L-I-N-E** 4:9

**J-O-N** 24:15

**Jackie** 31:10 67:12

**Jacqueline** 4:1,9

**Jennifer** 66:1

**job** 7:10 18:16 79:20,22 81:10

**Jon** 24:15 25:6

**journal** 8:1 33:16,17 47:22 59:19 79:13

**journals** 85:2,21

**judgment** 23:8 71:1 83:25

**Judy** 84:2,11,16,19 85:5 86:5,13 87:11

**Judy's** 85:23

**July** 88:11

**June** 75:1 78:15 79:8 94:14

---

**K**

**Kayla** 79:16

**keeping** 35:11 60:23

**kicking** 78:25 79:1

**kid** 16:23

**kids** 77:22

**kind** 18:9 28:12 34:23 63:18 68:25

**kinds** 26:15

**knew** 12:17 40:3

**knock** 45:25

**knowing** 34:5

**knowledge** 9:3 22:7 38:5 39:9 42:8 48:14 49:14 53:1,2 95:25 96:2

---

**L**

**large** 53:13,15 83:19 84:6 89:21

**larger** 77:19 85:19

**late** 78:25

**latest** 18:15

**law** 4:23 15:6

**lawyer** 13:12,16

**layman's** 45:5

**LCMC** 49:13

**lead** 79:12

**leaders** 56:20 80:5

**leadership** 48:19

**learned** 33:14 83:17

**leave** 50:10

**legal** 11:20

**levels** 20:21

**life** 16:19 69:19

**likelihood** 33:3,11 41:23 45:21 52:23 57:4

**list** 67:6

**listed** 67:4 69:25 83:25 93:7

**literature** 18:15 73:1 83:20 84:14

**load** 35:1

**local** 9:5,8 12:11,14 26:7,10,23 27:14 31:8 40:3 57:15,16 59:19 72:24 81:19

location 78:3

locations 30:25 32:3 42:18 48:24 49:19

login 8:22

long 6:4 14:15 49:1 50:23 55:17

looked 14:7 24:1 33:9,10 52:5 55:10 58:8,19 63:9 72:13,16,18, 23 83:13

loosely 96:15

lot 28:25 59:16 71:25 79:24,25 84:10

lots 84:24

Louisiana 49:13

lower 33:4

Lutheran 96:14

**M**

M-E-I-M-A-N 24:16

made 22:21 39:18 71:1

Madison 25:14

main 16:2 80:5

major 96:9

majority 42:19

make 5:14 12:20 18:21 29:11 34:9 37:2 56:2 64:21 67:11 70:18 80:6

makes 11:14 18:20 19:10 21:23 26:22 29:2 39:2 47:8 48:4 62:6 68:16 70:1 77:9 78:24 79:11

making 5:5 52:25 63:16 80:8,12

manager 48:20

managing 42:9,12

mandate 37:20 56:9 63:3 64:14 70:3,4 81:20 93:16,17,20 94:8,9

mandated 75:15 94:16

mandating 63:18

March 48:1

mark 88:2

marked 7:13 23:3 65:4 71:7 73:20 76:7 82:17 88:3

marrow 53:18

mask 33:1,2 42:23 66:4 69:8 74:9,10,15,20,22 75:11,23 76:1

masked 30:25 32:3,5,10 37:12, 18 38:23,24 55:8,13 60:18 68:17

masking 26:13 31:17 37:13 42:14 44:10 51:12 52:3,4,5 69:4 70:19

masks 42:16,19 52:3,6,7,10 75:2

matter 6:18,19

Mcwilliams 66:1

MD 4:1

MDS 41:15

means 36:24 51:4 64:12 78:16 79:23 84:11 89:15 94:1

meant 70:6

measures 53:24 58:10

mechanism 47:19

medical 6:20 7:18 15:1,7,14,18, 23 17:21 19:13 20:2 23:20 24:15 25:20 41:16 44:12 46:1 49:14 58:17,18 62:22 63:8 65:13 66:15 68:4,8,25 79:23 80:3,14 81:8 82:1,11 83:20 84:14 86:16,20 95:20,23

medically 19:20,22 86:19

medications 15:2

medicine 16:3,4,13,15 17:11 20:6 22:4,20 24:22,23 33:17 39:20 47:22 61:16 79:14

mediocre 7:9

meet 17:12 84:4,5

Meeting 81:17

Meiman 24:15,21

member 66:3 68:17

members 69:8

mention 9:6

mentioned 11:3 17:8 51:13,15 52:16 59:21 88:24

Merkes 66:2

method 77:6

middle 90:18

Milwaukee 83:23

mind 44:4,8

minutes 43:9

missing 52:13

Misstates 90:22

mitigate 30:5 37:10

mitigating 53:24 55:11,15 58:9 70:23

mitigation 41:8 43:24 51:4,7,10, 18 52:2,13,21,23,24 54:16 58:12 59:12 60:12 69:17 74:7 90:9 92:14

mitigator 38:21

MMWR 7:24 59:21

modeling 18:23,25 19:5,6,8

Moderna 47:23

molecular 46:6

moment 10:7 19:9 39:21 65:7 73:23 76:10,11

months 45:2 81:12

Morbidity 7:25

morning 4:13

Mortality 7:25

mother 96:14

Motion 23:7

mouth 74:11

moved 52:8

moving 48:6

mrna 33:7 47:18

multi-page 82:20

multiple 11:11 59:20 72:23 83:15

mutate 46:16

mutates 46:3

mutation 46:21,25

**N**

N-95 52:3,6

**N-A-S-I-A** 24:13

**Nasia** 24:12

**Nathan** 4:12 6:23 7:6 49:7,10

**Nathan's** 7:2

**national** 12:14 22:9 77:17

**natural** 20:9,11 43:9,16,19 44:15 72:7,14,20,21

**nature** 41:6

**necessarily** 17:24 35:12 47:7

**needed** 11:13 26:15 85:14

**negative** 34:2,4

**negativity** 34:7

**Network** 77:2

**news** 18:5

**non-covid** 77:12

**nonetheless** 58:12

**nose** 74:11

**notes** 47:17

**number** 38:12 84:6 87:5

**numbers** 20:20

**nurses** 55:6

**O**

**oath** 4:3

**objection** 11:19,22 44:3,6 54:9, 11 86:1 88:20,22 89:11 90:22 92:25

**objections** 86:8

**obstetric** 18:5

**October** 70:7,9

**offer** 31:13

**offered** 76:24

**officer** 24:15 79:23 80:3,15 82:11 86:16

**officers** 81:9 82:2

**one-page** 10:23

**one-pager** 71:6

**one-size-fits-all** 63:19

**one-year** 45:12

**online** 25:3

**open** 26:20

**opens** 77:10,11

**operator** 40:15

**opinion** 27:12 42:22 56:11 60:7 61:16 69:22 86:20,23 87:4 94:12 96:20,24 97:2

**opinions** 12:14

**opposed** 38:22

**opposing** 13:13

**options** 18:17,19

**oral** 24:25 25:2

**orally** 60:5,6

**order** 46:14

**ordering** 22:5

**orders** 80:21 97:10

**organization** 8:16

**organizations** 52:11 79:4

**original** 13:2 95:7

**originally** 47:4,25

**outcome** 17:6 68:23

**outline** 43:10

**outweigh** 61:25

**overpromise** 82:14

**P**

**pages** 76:11

**pandemic** 45:24 52:6,9,12 53:6

**paper** 25:3 47:21

**papers** 65:2 97:4

**paragraph** 23:18 27:2,18 30:19 48:10,17 49:6 50:22,23

**part** 13:4 15:14 18:1,15 27:20 30:4 41:6 42:11 56:17 61:11 67:22 69:5 87:10 95:22

**partially** 84:23

**participate** 76:1 96:9

**participated** 12:3

**participating** 39:10

**partners** 77:7

**parts** 65:23

**pass** 55:5

**past** 19:9

**pasted** 65:15

**patient** 8:19 35:5 49:2,20,23 50:4,6 62:15 67:2 68:8 70:18 75:12,13

**patients** 8:17 16:4,21 17:12 20:20,25 25:15 27:23 28:5,6,8,14 30:24 32:12 37:17 38:1 42:21 49:3,4 50:14 53:17,21 55:6 58:5, 6 70:17 80:25

**Payne** 4:6,11 43:13,15 65:17 87:16,20 91:1,4 92:2 97:3,11,13

**PCR** 22:2 33:21 34:3 38:13 44:21 51:21

**peer** 85:18

**peer-reviewed** 8:1 18:10,14 31:19 59:19 73:1 85:10,21 92:20

**PEG** 67:14,22 68:6,7

**penultimate** 50:22

**people** 8:9 17:8 20:14 21:6,11, 14,19 26:14,21 27:6 28:3,21 32:10,24 33:11 35:25 37:21,24 38:4 40:20 41:24 42:3 43:6 44:20 45:10 53:16 57:1,3,7,8 58:21,23 63:20 64:9,13,15 68:21 74:19 78:21 80:9,12 81:7,10,18 84:6, 10,24 93:23,25

**people's** 63:4

**percent** 35:22 63:24 64:2,5,12, 19,20,22 86:25 87:3 90:1

**perform** 27:24

**performing** 33:21

**period** 34:11 44:22 45:6,8,9 76:22 79:7

**person** 13:14,15 19:23 34:9 38:14,23,24 44:16 55:8 58:11 59:2 60:20 62:2 70:12 94:6,7,17, 20 96:18,21

**person's** 61:22 62:1

personal 11:7 39:9 48:14 53:13
58:20 61:22 64:13 89:9 96:20,24
97:2

personally 32:11 57:11 60:7

perspective 33:6 44:10 68:4

pertinent 23:16

Peterson 66:1

Pfizer 47:22

Pfizer's 47:17

Phds 41:15

physical 25:3

physician 9:18 41:17 68:5 80:5

physicians 16:8 20:6 24:6,7
40:19 70:16 77:8 80:4,10,19 81:2

picked 33:3

picture 88:6

picturing 32:17

piece 32:7

pieces 62:4 65:11

place 35:11 54:8 61:8,19

places 79:13

plaintiff 4:12 6:23 10:6

plaintiff's 48:12

point 5:24 14:16 28:6 35:14 43:9
45:12 53:6 72:7 78:6 89:17,22
91:23

points 11:10 93:3

policies 38:6

policy 37:16 93:22

Polyethylene 67:16

population 9:11 16:17 77:19
78:5 83:19

populations 17:20

pose 49:3,20

positive 34:4,13

positivity 34:6

possibility 34:2

possibly 64:18

potential 56:23 63:4

potentially 68:22 69:5,18 71:18

practical 38:3,10 39:17

practicalities 39:24

practicality 59:14

practice 25:15 41:14 96:15

practiced 60:11

practices 36:19 58:20

practicing 16:3 17:10

practitioner 22:20 39:19 60:8
61:16

precaution 32:11

precise 94:19

predict 19:7

predominant 58:2

preferable 74:15

prepared 6:4

preparing 6:9 26:5

prescribes 15:2

present 30:22 31:25 32:4,9 37:3

presenting 11:6

presents 37:8

press 88:25 89:2 93:4

Presumes 89:11

pretty 67:8

prevent 32:22 36:16 60:15
88:15,16 89:10,13,17,21,25 90:4

prevented 60:13

preventing 60:24,25 90:2

previously 12:2 18:1 20:15
21:6,11,12,14,20 28:21 51:12

primarily 33:14 70:15 80:10

primary 15:15 18:6 30:16 77:5
79:19,22

printed 88:2,5

prior 45:20

prioritize 83:21 84:12

prioritizing 84:9

priority 84:15,18,19,23

privileged 6:3

privy 8:9 13:3 66:11

problem 73:17 92:11

proceedings 12:4,19 13:21
14:2

process 39:8,10 62:23 85:18

professional 8:8

professionally 32:12

project 21:17 48:20

prominent 57:3 81:3

prominently 58:5

pronounced 9:22

proof 60:19

proponent 85:25

proponents 86:7

proposed 23:1,7 92:11

proposing 55:24

protect 27:21 70:20

protected 41:25 95:14

protection 32:7 50:25 52:7
53:14 54:15,17 64:13,19 89:9
95:9

protein 46:5 95:2,12,14

provide 9:19 11:24 52:7 77:4
95:21

provided 6:20 25:5,7 43:22
50:24 56:11 64:13 65:24 73:11

provider 16:3,4

providers 30:23 32:1 49:4,15

public 9:5,8 23:19,24 24:3,4
25:19,24 26:16 27:4 29:13 53:9,
11 57:1 72:24,25 77:6 92:19,23

publications 18:14 79:12,18

publicly 25:10,13 56:25

publish 28:18 76:19

published 14:23 18:9 48:3
59:21 83:14,22

publishes 85:1

publishing 59:23 83:18 85:6

pull 77:21

puncture 17:3

purports 90:23

purpose 21:4

pursued 15:9

pushed 75:20

pushing 75:22

put 17:22 22:23 35:2 50:4 51:19
58:23 61:7 62:15 93:8 97:9

## Q

qualifications 14:5,13

qualify 13:22

quantify 95:4

quantities 40:9

quarantine 36:8 51:25

quarantining 34:19,21 35:7,15,
16,17,18,21,25 36:3,10,16,19
51:13,16 55:14 58:16

query 76:20

question 4:19 5:16,18,21 11:15
13:2,6,18,19 14:5 18:22 21:13
23:23 25:17 27:18 29:14,17,18,
24 30:2 31:16,24 39:11 40:8,11
48:8 55:9,18 58:7,9 59:6 60:23
74:4,8 84:24 87:10 88:25 91:3,5,
21,22,24 92:4 94:17

questioning 13:14 14:3

questions 5:12 14:17 18:13
67:22 80:14 84:20 97:8

quick 31:6

quickly 5:4 85:17

quoted 78:18

## R

Rachel 87:21,22

radar 38:17

raise 69:1

randomized 58:22

rapport 76:2

rates 12:12

ratio 68:20

rationale 66:20

reaching 56:2

reaction 67:19,21 68:22 71:20

reactions 71:25 72:1

read 9:24 10:1,9 11:5 31:6 33:15
66:6 71:16 73:23 90:6 91:4,5
92:2,4

readily 38:9

realistic 35:24

realize 55:17 60:9

realized 36:21

realm 52:3 56:15

reason 35:20

reasons 59:4

recall 12:23 71:2 73:3,13,15 74:2
89:6

receiving 48:5 62:24 63:4

recency 78:19,20,21

recent 60:19

Recess 43:14 87:19

recharacterize 54:14

recipients 96:4

recognize 65:22,23 88:8

recollection 88:10

recollections 74:14

recommendation 26:5,17
31:22 59:13 61:11,15 73:12 75:6,
10

recommendations 9:5

recommended 59:11

recommending 30:8 62:4

record 4:8 5:5,13 22:10,11,12,19
34:14 36:20 43:12 44:12 51:11
58:17 90:24 97:10

reduce 27:10 32:21,22 34:22
41:10 42:23 43:1 53:23

reduced 27:7,13 32:18

reduces 43:20

reducing 56:12

refer 8:7

reference 9:14 25:9 90:16

referenced 11:13 15:22 21:8
90:17,20 91:7

referred 55:11 67:13

referring 6:11 29:7,9 36:12
48:18 88:21

refreshes 88:9

refused 96:22

regard 88:15

regular 37:19,22,24 38:1 81:11

regularly 30:25 32:3,5 96:16

Rehm 48:17,18

Rehm's 16:23

reinfected 21:21

reinform 59:24

relate 39:8

related 6:22 7:6 25:5,14 27:24
28:7 34:20 41:19,21 44:15 90:19

relates 40:17 42:5 55:9

relationships 80:11 81:8

release 88:25 89:2 93:4

released 88:11

relevant 31:16 67:17 84:13
93:12

reliable 54:1 69:6 78:13

relied 23:24 25:21 26:4,6 59:15,
16,18 93:11

religion 96:11

religions 96:9

religious 7:3 59:4 96:17,21

rely 59:14

relying 15:23,24 23:19 25:18

remain 52:19

remember 24:11,23 26:23 88:18
89:5,8

reminds 63:22 89:3

reopen 26:12

repeat 55:18 88:25

repeatedly 54:4

rephrase 5:19 13:23 27:11
  39:11 62:25 64:11 77:24 91:3

report 7:9,15,16,25 9:2,6,15,24
  10:2,6,12,13,14,20,23 11:11
  15:22 16:1 21:9 22:9,14,21,23
  23:16 27:3 50:19,21 56:7 67:3
  76:25 79:9 88:10 90:12,13,20
  91:8 94:14

reported 88:12

REPORTER 97:9

reporting 22:14 77:23 78:17

reports 8:2 16:6 59:20,22 60:1
  85:20

represent 23:5

reputation 85:3,7 86:6,15,18,
  21,24 87:4,12

request 7:3 48:12 63:9,13 65:13
  67:3 73:3 77:14,15,16 79:12

requested 73:6,7

requests 64:25 66:16

require 75:2 96:1,2

required 17:23

requirement 18:9,12,13 23:22
  27:21 37:20 75:23

requirements 26:15 42:14

requiring 37:17 42:15,16,19,23
  62:21 95:16

research 8:18 9:9 18:11,16,18
  19:16 20:19,23,25 21:5 27:16,24
  28:7,11 29:23 44:9 56:17 57:10,
  12 58:14,18 76:18 79:17,20 81:1,
  3 83:15,18 84:17 85:2,10,12,13,
  20 92:20,24 93:3

researching 20:21 28:18 67:21

residency 15:15 17:22

resistance 95:6,7

resources 11:3

respect 86:24

respiratory 32:25 33:1 74:10
  76:21 77:12,23

respond 20:16 66:25

responds 95:1

response 5:6 67:24 71:21 91:15
  94:25

responses 5:6 96:3

rest 39:4

restate 29:18 91:25

restrictions 71:15

rests 20:1

result 38:12 44:21 46:24 73:14,
  16

results 8:25 21:20 28:11 78:23
  85:2

resume 14:15

reveal 11:21

review 8:4,23 18:15 23:12 37:15
  59:25 65:7,20 82:21,23 84:1
  85:18

reviewed 7:17 8:6 23:10 25:2,3
  31:20

reviewing 7:2 24:24 39:6

revolves 19:3,7 61:21

revolving 18:6

riding 36:5

rise 89:23

risk 30:5,23 32:1,5,9,13,15,18,
  21,22 33:12,23 34:5,9,17,21,22,
  24 37:11 38:20,21 41:10 43:20,
  24 45:16 47:7 49:3,20 53:19,20,
  23 54:3,8 55:7 61:3,5,7,12,18,22,
  24 62:14,23 63:4 64:17 67:5
  68:8,14,16,18 69:7,10,12,17
  70:11,12,15 90:15

risk/benefit 68:12,20

risks 20:7 62:9

robust 19:5

Rochelle 87:23,24 88:7 92:22

role 6:18,19 7:2 11:16 48:20
  50:1,3,11 80:18,19 81:3 82:4,10

room 35:22 37:18 49:2 50:9

rote 19:4

roughly 20:24

routinely 15:14

RSV 77:12

ruled 14:10

rules 5:4 37:13 52:4,5 67:10

run 45:25 80:3

---

## S

S-A-F-D-A-R 24:13

Safdar 24:12,18 25:12

safe 21:7 26:14 55:16 56:12 59:8
  60:21,24 61:19 64:21 69:6 70:18
  87:8

safe-or-not-safe 70:25

safety 19:12 22:6,9,11 30:23
  32:1,5 35:8 49:3,20 60:11 61:8,
  21 62:1,2 64:10 67:5

sake 82:21

Salmon 9:20,22 10:13 24:9

Sam 66:1

Sandmann 76:16

sat 4:14

scale 32:18

scenario 61:1

school 14:23,25 15:1,6,7,14,18,
  23 17:21

science 94:19

scientific 92:24

scientists 8:4,9 16:8

Secker 4:12 7:6 49:7

Secker's 6:23 48:11,14 49:10,12

secondarily 81:1

sections 23:15

sending 29:5,22

sense 11:14 18:20 19:10 21:23
  26:22 29:2 30:1 39:2 47:8 48:4
  62:6 68:16 70:1 77:9 78:24 79:11
  94:23

sensitive 77:6

**sentence** 49:1 63:1

**separate** 45:22 51:18,19 91:21

**September** 54:24 70:2,5

**set** 41:16 50:18 71:5

**setting** 39:25 40:23 41:13 50:9
54:6,23

**settings** 40:1,2,7,16

**severe** 61:23 68:22 72:3 88:15

**severity** 56:13 72:2

**share** 60:4

**shared** 8:17 33:13 60:6

**sharing** 77:6

**shield** 74:3,13,16

**shields** 74:6

**short** 10:19 87:17

**show** 58:10 59:10

**showing** 36:24

**shown** 72:7 77:16

**shows** 44:24

**shuffle** 65:1 97:4

**sic** 71:16

**sick** 45:22

**side** 8:4 13:12,13 14:1,3 22:24
54:7 68:3

**side-by-side** 48:25

**similar** 27:18 31:8 42:12 92:13

**similarly** 95:13

**single** 75:18 78:7

**sites** 48:21 75:3,5,7

**sitting** 36:22 73:13

**situate** 61:18

**situation** 19:23 53:16 55:2
66:14 70:1,10,14,22 71:1,13

**skip** 48:8

**Skipping** 30:18

**sliding** 32:17

**slightly** 38:9

**small** 68:18 69:9 85:13

**social** 33:5 42:6,25 51:12 66:4
69:4,14

**socially** 68:18 69:9 70:19 74:22

**society** 77:10,11

**software** 48:25 49:19 80:7

**someone's** 34:6 44:13 58:15
71:14

**sort** 41:3 83:21 94:14

**sounds** 17:6 64:4 74:14

**source** 26:9 85:16

**sources** 7:20,21 9:1,14 11:12
72:23

**space** 93:9

**speak** 7:22 19:19 22:2 26:18
29:3 58:20

**speaking** 40:3 45:4 89:23 92:22
93:9

**specialty** 15:10

**specific** 6:22 16:13 18:17 21:8,
10 28:20 29:4 35:5 40:13,14
46:19 47:17 52:24 55:24 57:23
58:7 61:23 67:22 68:12 87:4,5
88:23 89:6 90:8,24 91:6 93:6
94:10,11

**specifically** 7:6 9:10,14 11:7,12
15:18 17:19 20:3,19 26:14 28:21,
24 29:15 31:16,22 33:8 34:17
35:19 41:9,11 49:6,10 50:11 52:1
54:13,18 55:10 57:6 68:6,7 72:13
79:8 84:4 85:24 86:14 87:11
89:19 90:13,16,17

**specifics** 9:17

**spectrum** 32:9,15 33:23 34:5,8,
21,24 37:11 38:19 45:16 54:2,8
55:7 61:5,7,12,18 64:17 69:12

**speculation** 44:4 86:2 93:1

**spell** 4:7

**spike** 46:4 95:2,12,13

**spiking** 83:23

**spinning** 92:23

**spoke** 24:5 40:25

**spread** 27:7,10,13 32:23 36:16
46:23 47:1 56:12 58:4 59:20

**stabbed** 16:23

**staff** 66:3 68:17 69:8 75:16

**stages** 16:19

**stand** 22:13

**standard** 15:4 35:7,9,24

**standpoint** 61:9

**staple** 7:10

**stapled** 7:11

**stapling** 7:10

**start** 24:18 32:23 45:3

**state** 4:7 9:5,8 12:14 24:4,14
26:8,11 31:8 40:4 46:24 48:5
63:24 72:25 90:23

**stated** 62:11

**statement** 22:25 48:9 50:18
56:1

**states** 66:12

**static** 19:9

**stating** 93:17

**statistic** 17:18

**statistics** 19:4

**status** 34:6

**stay** 46:4,5 50:9 81:22

**stayed** 26:20

**staying** 36:3

**step** 5:10 26:24

**stick** 16:23

**Stoddard** 10:3,13

**Stoddard's** 10:1

**stop** 59:7 95:16

**stopping** 35:8 47:1

**story** 28:12

**strategies** 41:8 51:5,8,10 52:2,
13,24 54:16 59:12 69:17 70:24
90:9 92:14

**strategy** 30:5 51:18 52:21,23
58:13 74:8 91:17 92:5

**structure** 46:6

**stuck** 63:1

student 10:16

studied 14:23,25 15:3 20:14
52:8

studies 20:8 28:15,16,25 33:7,
24 34:15 43:18,21 58:10 60:1
72:19 84:9 92:20 93:11

study 21:8 28:17,19,24 41:3,5,6,
7 43:19 48:3 51:1 52:9 77:19
78:5 83:1,2,7,8,10 85:14 88:24
89:2,4,5,8 91:6

studying 44:12

stuff 33:14

Subject 11:22 44:6 54:11 88:22

submit 84:21,22

submitted 10:10

submitting 85:21

sudden 46:25

sufficient 72:14 74:8 82:12

suggest 78:24

suitable 72:15,17

summarize 7:19

summarized 10:24 11:9

summarizing 12:2

summary 9:16 23:8

summer 46:20 63:23 88:19
90:18 91:10

Support 23:7

supporting 87:7

surgical 52:10

survive 46:14

survived 45:24

sworn 4:2

symptomatic 35:15 36:11,15
38:15

symptomology 39:1

symptoms 35:19 53:9

syphilis 83:1,2,4,7,8,10,23 84:7

system 20:12 41:13

systems 19:14 23:6 40:14

---

**T**

table 13:9

takes 85:18

taking 4:13 16:18 19:3 62:3,6

talk 14:18 19:21,24 43:6,16
75:18,19 93:15

talked 16:25 24:11 53:22 54:19
87:11

talking 5:11,15 17:2 39:2,4,17
45:25 48:11 61:4,5 89:1,2

target 48:6

task 6:21 12:11

taught 16:10 18:3

teach 15:6 18:3

teaching 17:25 18:1,4,8

team 39:5,7 57:18 80:3 91:15

telling 9:12

ten 6:9,16

term 61:4,21

terminated 96:21 97:1

terms 19:22 41:12 58:6

test 33:21,22 34:1,3,7 38:11,13
39:24

tested 31:1 32:3,6 34:12,13
55:13 60:18 78:22 96:7

testified 4:3 12:24 48:13 69:3

testify 69:12

testifying 14:10 39:12

testimony 9:19 11:25 12:7,9,15,
21,22 64:3

testing 22:2,3 33:20,25 34:18,20
37:19,22 38:1,7,8 40:5,9 51:17,
19,20,21,24 52:1

tests 22:5 78:16

thing 15:13 17:17 23:12 30:16
33:4,10 34:8 60:14,17 65:21 90:8

things 5:8 11:7 12:11,13 14:17
16:2 18:5,6 19:14 20:9 35:4 36:1,
25 41:3,9,21,23 44:10 52:18,24
56:5 59:16 60:15 69:3,24 79:24,

---

25 80:20,22 87:11

thinking 36:2 70:11

thought 70:4 95:20

threaten 69:19

time 7:17 9:3,10 12:12,18,24
13:7 19:9 21:13 27:14 29:18
30:4,7 31:20 32:8 35:5 37:16
38:8 39:3,18 40:5 42:10 44:18,
19,25 45:1 46:21 47:13,21 50:4
55:22,24 56:16,24 57:2,8 58:1,21
59:23 61:10 63:11 72:18,21 73:2
75:11 76:22 77:6,18 79:7,15
83:17 84:8 85:12 91:9,25 93:22
94:11

timelines 44:15

timely 83:18 84:13

times 13:3 26:18,23 57:7 79:19

title 16:12

today 73:13

today's 6:4

toes 16:24

told 11:12 28:12 44:19

ton 69:17

tool 34:7 54:1

top 74:18 82:22

topic 22:2 31:5 42:5

total 43:24

totally 36:21 76:6

tough 61:21

tracing 52:20 53:2,5,10

tracking 52:20 53:5

traditional 80:18

training 15:19 41:1

transmission 32:25 35:8 40:22
42:2,23 43:1,20 53:20,23 59:7
60:13,24,25 62:3 70:13 81:14
88:17 89:10,14,21 90:2,4,15,19
91:18 93:12

transmissions 92:8,12

transmit 41:7 74:12

transmitted 33:3 41:24

transmitting 35:10 61:3

transplant 53:18

travel 30:24 32:2 48:21,24 49:18 81:19,20

traveling 50:1,3 87:9

treatment 17:14 62:15,19

trend 78:19 79:3,5

trial 58:22

triple 46:13

true 54:5

trust 44:21 78:18

truth 26:9

turn 23:18 27:2 76:5

two-pager 73:18

types 89:24

typical 85:18

typically 66:15

**U**

UGM 81:17

uh-huh 5:7

uh-uh 5:8

ultimate 73:11,14

ultimately 73:4 75:2

unable 74:22

unclear 13:6

uncover 41:20

undergrad 17:17

underlying 62:13,17 71:15

understand 5:18 28:3 29:19 61:14 69:2 70:8 91:20

understandable 36:22

understanding 6:19 11:6,24 12:1 34:1 37:15 45:4,5 47:18 50:2 80:7 93:21 94:9

understood 5:22 50:17

undisputed 48:10

University 9:7 16:11 18:2 24:5, 12

unmasking 26:13

unsafe 21:7

unvaccinated 29:5,22 30:22 31:25 37:12,21 38:24 44:14 48:23 49:18 57:7 58:5,11,19 74:19 81:23 94:7,21

users 48:25 81:17

usual 19:13

UW 25:16

**V**

V-A-E-R-S 22:15

vaccinated 21:12 29:5,22 30:9 32:4,10 37:2,12,21 38:14,22,23 44:13 45:21 54:20 57:4,9 58:6,19 59:9 60:22 63:21,25 64:9,23 70:7 86:25 87:1 94:4,19,23 95:8

vaccinating 86:13,14

vaccination 7:23 16:5 19:19 20:4 21:15 30:4 34:18 50:24 61:13,24 66:4 70:23 90:10 92:15 93:22 94:1

vaccinations 8:25 20:16

vaccine 8:10 22:6,9,11,14,15,18 23:21 24:6 27:21 30:6 33:6,7,9 37:19 38:20,25 41:11 45:5 46:25 47:4,9,10,20,21 53:13,22 54:7,14 55:17 56:9,11,15,23 59:3,12 61:6,20 62:10,16,18,22,24 63:3, 5,18 64:14 67:6,20 68:23 69:7, 16,23 70:3,4 71:19 72:8 84:15 85:7,24 86:7 89:9,18 93:16,17,20 94:8,9,18 95:2,6,7,11 96:4,22

vaccines 6:11 15:2 27:6,9 30:7 33:25 41:10 47:16,19 81:25 88:13 90:7,14 94:10

vaccinology 14:18,19,21 15:7

VAERS 22:8,13,21

Vague 86:1

variant 45:20,23 46:2,3 47:2,3, 11 54:21 55:1,5 57:2,3 58:1,2,22 90:20 94:2,20 95:5,9

variants 45:25 47:12,16 56:15, 23 89:19 95:1,4,10,13,15

vary 96:3

varying 20:21

verbal 5:7 11:25

versus 22:3 54:19 58:19 67:11 90:1

viral 35:1 36:25 59:20

virologist 41:1 42:4

virologists 41:14,15

virology 15:16 16:14 94:24

virus 35:2,18 36:17 46:3,6,14,19 47:5 51:6 52:1,16,17 57:8 59:20 61:3 92:13

viruses 40:22 41:7 46:11 47:25 77:12

visited 75:3

visits 84:21

vulnerable 46:12

**W**

wait 5:11 38:12

waited 73:9

Walensky 87:21,22,23 88:7,12 92:22

wane 45:3

waned 45:13,15

wanes 45:16

waning 45:4,6,8,9 56:14,22 90:7

wanted 9:16 32:7,10 36:21 43:16 64:20 77:18 79:2,3 81:22 85:25

wash 69:15

washed 44:14 55:14 60:18

washing 43:7 44:11 58:16 69:19

water 5:25

ways 37:10 46:4,15,17 93:6

wear 74:19,22 75:11

wearing 76:1

webbing 17:4

website 9:4 25:7 30:7 57:6 67:4 84:21 88:6 93:7

**websites** 24:2

**week** 10:11 73:8 78:25

**Weekly** 7:25

**weighing** 69:23

**widely** 46:23

**Wisconsin** 9:7 16:11 18:2 24:4,
5,12,14 25:6,8 76:23 77:2,17
79:9 83:8

**witnessed** 39:20

**wood** 45:25

**word** 22:17 28:11 77:25 89:17,
25 90:25 92:17

**worded** 25:18 31:24

**work** 15:25 17:13 26:15 48:24
49:19 74:23 76:18 79:17 80:16
81:4,10 88:14

**worked** 8:3,5 24:14

**workers** 28:4 32:13 37:12,17
38:5,7 42:20 53:21

**workforce** 27:22,25 28:3

**workforces** 27:23

**working** 6:10 15:21 16:7 55:22
56:19 79:16 80:20 81:7 88:13

**workplace** 19:11 37:9

**works** 8:13

**worried** 68:5 88:7

**worse** 68:23

**worth** 68:15

**wound** 17:4

**writing** 60:3

**written** 5:5

**wrong** 13:10

———————————————
                Y
———————————————

**year** 85:19

**years** 18:4

**yesterday** 17:1 63:23 97:11