IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

NATHAN SECKER,

    Plaintiff,

v.   Case No. 3:24-cv-00630

EPIC SYSTEMS CORPORATION,

    Defendant.

---

### STIPULATION FOR DISMISSAL WITH PREJUDICE

---

The parties hereby stipulate to the dismissal of this case, with prejudice and without costs to either party, pursuant to FRCP 41.

Dated this 14th day of November, 2025.

| | |
|---|---|
| By: */s/ Walker Moller* | By: */s/Amy O. Bruchs* |
| **SIRI \| GLIMSTAD, LLP** | **MICHAEL BEST & FRIEDRICH LLP** |
| Jack R. Spitz | Amy O. Bruchs |
| Walker Moller | Kurt F. Ellison |
| 8 Campus Drive, Suite 105 PMB#161 | One S. Pinckney Street, Suite 700 |
| Parsippany, NJ 07054 | Madison, WI 53703 |
| Ph.: 212.532.1091 | Ph.: 608.257.3501 |
| Fax: 646.417.5967 | Fax: 608.283.2275 |
| Email: jspitz@sirillp.com | Email: aobruchs@michaelbest.com |
|     wmoller@sirillp.com |     kfellison@michaelbest.com |
| | |
| **LEVINE EISBERNER LLC** | *Attorneys for Defendant Epic Systems Corporation* |
| Brent Eisberner | |
| Wisconsin Bar Number 1098038 | |
| 2802 Coho Street, Suite 201 | |
| Madison, WI 53713 | |
| Ph.: 608.621.2888, ext. 704 | |
| Fax: 608.268.8607 | |
| Email: brent@leattys.com | |

***Attorneys for Plaintiff Nathan Secker***